**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Grisham Farm Products, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **43-1748185** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7364 Newkirk Road**<br>**Mountain Grove, MO 65711**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wright**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   **www.grishamfarmproducts.com**

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Grisham Farm Products, Inc.** _____   Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3111__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Grisham Farm Products, Inc.**                                    Case number *(if known)* _____
     Name

---

**11. Why is the case filed in**     *Check all that apply:*
    ***this district?***

    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**     ■ No
    **have possession of any**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**

               **Why does the property need immediate attention?** (*Check all that apply.*)

             ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                What is the hazard? _____

             ☐ It needs to be physically secured or protected from the weather.

             ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

             ☐ Other _____

             **Where is the property?** _____
                                 Number, Street, City, State & ZIP Code

             **Is the property insured?**

             ☐ No

             ☐ Yes.   Insurance agency _____

                      Contact name _____

                      Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of**     .    *Check one:*
    **available funds**

             ■ Funds will be available for distribution to unsecured creditors.

             ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**    ☐ 1-49             ■ 1,000-5,000         ☐ 25,001-50,000
    **creditors**          ☐ 50-99           ☐ 5001-10,000      ☐ 50,001-100,000
                ☐ 100-199         ☐ 10,001-25,000    ☐ More than100,000
                ☐ 200-999

---

**15. Estimated Assets**      ☐ $0 - $50,000        ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                ☐ $50,001 - $100,000   ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                ☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000        ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                ☐ $50,001 - $100,000   ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                ☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

| Debtor | Grisham Farm Products, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 16, 2016**
                        MM / DD / YYYY

**X** **/s/ Lexie Grisham**                                    **Lexie Grisham**
Signature of authorized representative of debtor         Printed name

Title   **Director**

**18. Signature of attorney**

**X** **/s/ Jonathan A. Margolies**                      Date   **November 16, 2016**
Signature of attorney for debtor                                         MM / DD / YYYY

**Jonathan A. Margolies**
Printed name

**McDowell, Rice, Smith & Buchanan, PC**
Firm name

**605 W. 47th Street, Suite 350**
**Kansas City, MO 64112**
Number, Street, City, State & ZIP Code

Contact phone   **(816) 753-5400**          Email address

**MO #30770**
Bar number and State

2-G Holding, LLC
7364 Newkirk Rd
Mountain Grove MO 65711


A Zerenga Sons
200 NW Victoria Drive
Lees Summit MO 64086


AA Wheel
1419 North Blecrest
Springfield MO 65802


Ace Hardware
2302 23rd Street
Mountain Grove MO 65711


ADM Alliance Nutrition, Inc.
P.O. Box 66724
Saint Louis MO 63166-6724


ADM Milling Co.
PO Box 95202
Grapevine TX 76099-9752


AFB International
PO Box 101833
Atlanta GA 30392


Agri Enterprise
PO Box 358
12000 S. Hwy 63
Licking MO 65542


Air Moving Equipment, Inc.
1647 E. St. Louis
Springfield MO 65802


Airgas USA, LLC
PO Box 532609
Atlanta GA 30353


American Family Insurance
Madison WI 53777

American General Life Companies
P.O. Box 4077
Houston TX 77210-4077

American Heritage Life Insurance Company
P.O. Box 650514
Dallas TX 75265-0514

Anthem BCBS Mo Group
PO Box 105183
Atlanta GA 30348-5183

Apex
PO Box 565
Hamburg NY 14075

Arkansas State Plant Board
Division of Feed & Fertilizer
PO Box 1069
Little Rock AR 72203

AT&T
PO Box 5019
Carol Stream IL 60197-5019

Automart Radiator
525 N. Weaver Ave
Springfield MO 65802

Aventine Renewable Energy Inc
75 Remittance Drive, Dept. 1366
Chicago IL 60675-1366

Azteca Milling LP
5601 Executive Dr
Suite #600
Irving TX 75038-2508

Baier Service Company
14209 Norby Road
Grandview MO 64030

Bama Companies Inc
Dept #1124
Tulsa OK 74182

Bancorp South Insurance Services
1650 E. Battlefield
Suite 200
Springfield MO 65804


Bank of Mansfield
110 E Commercial St
Mansfield MO 65704


Barilla America Inc
PO Box 7247-7338
Philadelphia PA 19170-7338


BBB of Southwest Missouri
430 S. Glenstone Ave
Suite A
Springfield MO 65802


Bearing Headquarters Company
PO Box 6267
Broadview IL 60155-6267


BKD, LLP
910 E. St. Louis Street
Suite 200
PO Box 1190
Springfield MO 65801-1190


Blu Current
FBO Tony L. Long
AC 808550 Attn IRA Dept
1770 W Sunset
Springfield MO 65807


Blue Line Rental
2231 Papin St.
Saint Louis MO 63103


Blue Tarp Financial, Inc.
PO Box 105525
Atlanta GA 30348-5525


BMC Bolke Miller Company
1585 Lakeside Drive
Waukegan IL 60085

BP Business Solutions
PO Box 70995
Charlotte NC 28272-0995


Campcorp
9732 Pflumm Rd
Lenexa KS 66215


Caremoli USA
23959 580th Ave
Ames IA 50010


Carriage House Cos
Attn Renee Hastings
118 Iowa Ave
Streator IL 61364


Cawvey's Electric Motor Service, Inc.
115 East 2nd Street
West Plains MO 65775


Century Link
PO Box 4300
Carol Stream IL 60197-4300


Cereal Byproducts Company
23901 Network Place
Chicago IL 60673-1239


Cereal Ingredients, Inc.
4720 South 13th Street
Leavenworth KS 66048


Charm, LLC
PO Box 99435
Chicago IL 60693


Chase Card Services Cardmember Service
PO Box 94014
Palatine IL 60094-4014


Cintas #569
PO Box 88005
Chicago IL 60680-1005

Cintas Corporation
P.O. Box 631025
Cincinnati OH 45263-1025


Cintas Fas Lockbox 636525
PO Box 636525
Cincinnati OH 45263-6525


City of Hoxie
400 Southwest Hartigan
Hoxie AR 72433


City of Mountain Grove
PO Box 351
Mountain Grove MO 65711


City of Norwood
PO Box 37
Norwood MO 65717


CNH Capital America LLC
PO Box 3600
Lancaster PA 17604


ColorXpress LLC
200 S. Main Street
Mountain Grove MO 65711


Complete Recycling
2307 Fenton Parkway #107-191
San Diego CA 92108


Con Ag Marshall
Attention Stacy Verts
200 N. Banquet Dr.
Marshall MO 65340


Con Agra
Attn Jennifer Craft
1810 S. St. Louis
Batesville AR 72501

Con Agra Russellville
Attn Debbie Stanley
12132 Collections Drive
Chicago IL 60693


Con Agra-Macon
Attn: Michelle Cook
204 Vine Street
Macon MO 63552


ConAgra Foods
Attn. Michelle Cook
204 Vine Street
Macon MO 63552


ConAgra Foods Inc.
Finance Manager
801 Dye Mill Road
Troy OH 45373


ConAgra Foods Inc.
Attn: Kathleen Junk
4300 W. 62nd Street
Indianapolis IN 46268


ConAgra Foods Packaged Foods Co
12132 Collections Center Drive
Chicago IL 60693


Converta Kiln, Inc.
PO Box 341362
Memphis TN 38184-1362


Corn Products International
12985 Collections Center Drive
Chicago IL 60693


Country Home Elevators & Stair Lift
1549 E. 559th Rd
Brighton MO 65617


Cox Ag Services Inc.
PO Box 569
600 Poplar
Mc Crory AR 72101

Cox Implement Co. Inc.
PO Box 569
600 Poplar
Mc Crory AR 72101


Cox Implement Co., Inc.
Highway 63B
PO Box 96
Hoxie AR 72433


Cox Occupational Medicine
1423 N. Jefferson
Springfield MO 65802


CoxHealth Occupational Medicine
3800 S. National
Suite 540
Springfield MO 65807


Coyle Supply
3721 Hwy 162
Granite City IL 62040


CR Feeds & Fibers
2615 11th Street SW
Cedar Rapids IA 52402


Crown Forklifts
2315 E. Chestnut Expressway
Springfield MO 65804


Crown Industrial LLC
PO Box 471
Willow Grove PA 19090


Cullum & Brown of KC
PO Box 12438
Kansas City MO 64116


Cummins Central Power
3637 E. Kearney
Springfield MO 65803

Custom Laboratory, Inc.
PO Box 391
204 C. Street
Golden City MO 64748


CyberAg Feed Co., Inc.
PO Box 12707
Kansas City MO 64116


D&D Stainless & alloys
1002 Ravens Nest
Nixa MO 65714


D.O.C. Lubrication Specialists
PO Box 641
Springfield MO 65801


David Splain
1945 S. Hwy 95
Mountain Grove MO 65711


David's Seed Company
Attn. Finance Manager
8064 Chivvis Drive
Saint Louis MO 63123


Decker Auto Electric
105 West 16th Street
Mountain Grove MO 65711


Deep South Deep South-Direct Bill
PO Box 28040
New York NY 10087-8040


Department of Revenue
PO Box 329
Jefferson City MO 65107-0329


Dept of Finance & Administration
PO Box 9941
Little Rock AR 72203-9941


Dept of Revenue
PO Box 23181
Jackson MS 39225-3191

Dept of the Treasury
Internal Revenue Service Center
Kansas City MO 64999


Dept of Workforce Services
PO Box 8007
Little Rock AR 72203-8007


Deskin Scale Company, Inc.
PO Box 3272
Springfield MO 65808-3272


Detco
PO Box 430
Conway AR 72033


Division of Employment Security
PO Box 88
Jefferson City MO 65102-0888


Donna & Rhonda, Partnership
Attn: Jerry Williams
110 E. Commercial Street
Mansfield MO 65704


Douglas Steel
11267 Dunn Drive
Mountain Grove MO 65711


Dun & Bradstreet Credibility Corp.
PO Box 742138
Los Angeles CA 90074-2138


Dunnage Wash Systems, Inc.
34501 Bennett Drive
Fraser MI 48026


Eddie Meillier
7047 Stamm Hollow Road
Evansville IL 62242


EMA, Inc.
10627 Midwest Industrial Blvd.
Saint Louis MO 63132

Entergy
PO Box 8101
Baton Rouge LA 70891-8101


Fabick Southwest Co.
2222 E. Kearney Street,
Springfield MO 65803-4944


Fabick Southwest Co.
1321 County Rd. 5290
Willow Springs MO 65793


Fairview Mills, LP
PO Box 170
Seneca KS 66538


Falcon Steel
2610 N. Eastgate Ave.
Springfield MO 65803


Family Pharmacy
1600 North Main
Mountain Grove MO 65711


Family Walk-In Clinic of Mtn Grove Inc.
205 W. 3rd Street
Suite 3
Mountain Grove MO 65711


Farm Credit Leasing NW-9675
PO Box 1450
Minneapolis MN 55485


Farmers Ag Center Mechanics & Machine Sh
10094 E. Bus. 60
PO Box 667
Mountain Grove MO 65711


Fastenal
1651 Porter Wagoner Blvd
West Plains MO 65775

FCS Financial
Attn: Terri
1925 N. Osage Blvd.
Nevada MO 64772


FEDEX
PO Box 94515
Palatine IL 60094-4515


Feedstuffs
1762 Momentum Place
Chicago IL 60689-5317


Felker & Son
P.O. Box 70
Mountain Grove MO 65711


Fidelity Communications Co
PO Box 669
Sullivan MO 63080


First Insurance Funding Corp
450 Skokie Blvd
Suite 1000
Northbrook IL 60062-7917


FleetPride
PO Box 847118
Dallas TX 75284-7118


Food Link, Incorporated
14809 Granada Rd
Overland Park KS 66224-9724


FSI Farm Service, Inc.
PO Box 249
Hoxie AR 72433


G&K Sales, Inc.
#1 East Allen
Wentzville MO 63385


G.W. Van Keppel Co.
Lock Box 879515
Kansas City MO 64187-9515

Gammon Equipment Company, Inc.
2918 E. Blaine
Springfield MO 65803


GE Capital
PO Box 740425
Atlanta GA 30374-0425


General Mills Avon Plant
6101 S.E. 52nd Street
Carlisle IA 50047


General Mills Operations
2917 Guinotte Ave.
Kansas City MO 64120


Glen's/Tri-County Gas
125 W. Second Street
Mountain Grove MO 65711


Grainger Dept 839725728
PO Box 419267
Kansas City MO 64141-6267


Great American Financial Services
PO Box 660831
Dallas TX 75266-0831


Great American Insurance Co
Specialty Accounting
PO Box 89400
Cleveland OH 44101


Grennan Communications Co.
3429 North U.S. Hwy 63
West Plains MO 65775


Griffith Laboratories
Attn: Karl Dillman
One Griffith Center
Alsip IL 60803


Grinnell Water Systems, Inc.
2413 E. Chestnut Expressway
Springfield MO 65802

Grisham Farm Transportation
7364 Newkirk Road
Mountain Grove MO 65711


Guardian
PO Box 677458
Dallas TX 75267-7428


Hammons Products Company
PO Box 872891
Kansas City MO 64187-2891


Hampshire Pet Product Inc.
Box 873492
Kansas City MO 64187-3492


Harleysville Insurance Processing Center
PO Box 37712
Philadelphia PA 19101-5012


Harry Cooper Supply
605 N. Sherman Parkway
Springfield MO 65802-3656


Hazemag USA, Inc.
PO Box 1064
Uniontown PA 15401


Home Pride Bank
110 E. Commercial
Mansfield MO 65704


Horizon Packaging, Inc.
6248 Ringgold Road
Chattanooga TN 37412


Hostetler Sales & Construction LLC
210 Kelly Road
Buffalo MO 65622


Hoxie Auto Parts
406 S.E. Lindsey
PO Box 250
Hoxie AR 72433

Hoxie Lumber Co.
PO Box 362
Walnut Ridge AR 72476


Hoxie Water Works
PO Box 28
Hoxie AR 72433


Hurch Blackwell
PO Box 790379
Saint Louis MO 63179


Hy-Flo Equipment
210 N. Locust
PO Box 22
Pittsburg KS 66762


HYG Financial Services
PO Box 643749
Pittsburgh PA 15264-3749


Industrial Repair Service
2650 Business Drive
Cumming GA 30028


Infinisource, Inc.
Attn Finance Dept
PO Box 889
Coldwater MI 49036-0889


Ingredion
Attn Kathy Boecker
6400 S. Archer Ave
Summit Argo IL 60501-1933


Ingredion
12981 Collections Center Drive
Chicago IL 60693


Ingredion Inc.
Attn Steven Staub Plant Controller
1515 Drover St
Indianapolis IN 46221

Ingredion Incorporated
5 Westbrook Corporate Center
Westchester IL 60154


Ingredion, Inc
7680 Southrail Road
North Charleston SC 29420


Internal Revenue Service
Cincinnati OH 45999-0030


International Ingredient Corp. #7740035
4035 Solutions Center
Chicago IL 60677-4000


International Ingredient Corporation
Attn Kathy Langan
150 larkin Williams Industrial Court
Fenton MO 63026


IPFS Corporation
PO Box 730223
Dallas TX 75373-0223


J & I Automotive
1624 State Hwy A
PO Box 27
Marshfield MO 65706


J & P Flash, Inc.
PO Box 2168
West Memphis AR 72303


J.D. Dickinson Compressor Co.
2557 W. Olive
Springfield MO 65802


Jelly Belly Candy Company
File No. 21471
PO Box 60000
San Francisco CA 94160-0001

John Deere Financial
PO Box 4450
Carol Stream IL 60197-4450


John Fabick Tractor Co
PO Box 952121
Saint Louis MO 63195-2121


Kansas Payment Center
PO Box 758599
Topeka KS 66675


Keystone Foods
Attn John Fulford
57 Melvin Clark Rd
Eufaula AL 36027


Kraft Foods Global Inc.
22600 Network Place
Chicago IL 60673


L E Cox Medical Centers
1423 N Jefferson
Springfield MO 65802


Laclede Electric Cooperative
PO Box M
Lebanon MO 65536-1194


Larson Farm & Lawn
PO Box 590
Rogersville MO 65742


Lathrop & Gage LLP
2345 Grand Boulevard
Kansas City MO 64108-2618


Lawson Products
PO Box 809401
Chicago IL 60680


Lee's Lumber
PO Box 91
Seymour MO 65746

Lewis-Goetz and Company
PO Box 644819
Pittsburgh PA 15264


Liberty Technical Solutions LLC
4852 Prairie Brnach Road
Mansfield MO 65704


LifeLine Foods, LLC
2811 S. 11th St.
Saint Joseph MO 64503-3461


LRA LLC
7364 Newkirk Rd
Mountain Grove MO 65711


MainLine Fire Protection
PO Box 3534
Springfield MO 65808


McMaster-Carr
PO Box 7690
Chicago IL 60680-7690


Medallion Foods
3636 Medallion Ave
Newport AR 72112


Meiller Farms
7047 Stamm Hollow Rd
Evansville IL 62242


Mercy Clinic
120 West 16th Street
Mountain Grove MO 65711


MHC-Kenworth
915 Shelton St.
Cabool MO 65689


Michelin North America Inc
PO Box 100860
Atlanta GA 30384-0860

Mid-South Steel Products, Inc.
2071 Corporate Circle Drive
PO Box 277
Cape Girardeau MO 63702-0277


Midwest Environmental Consultants
2009 East McCarty Street
Jefferson City MO 65101


Midwestern Industries Inc.
PO Box 810
Massillon OH 44648-0810


Mike's Truck & Tire Service LLC
Hwy 13 & 54 Junction
PO Box 16
Collins MO 64738


Miller Electric & Plumbing Supplies
613 West 3rd Street
Mountain Grove MO 65711


Missouri Department of Natural Resources
Administrative Support/Accounting
PO Box 477
Jefferson City MO 65102


Missouri Department of Public Safety
Elevator Safety Unit
205 Jefferson Street, Suite 1315
PO Box 844
Jefferson City MO 65102


Missouri Department of Revenue
PO Box 371
Jefferson City MO 65101


Missouri Department of Revenue
PO Box 999
Jefferson City MO 65108-0999


Missouri Department of Transportation
Motor Carrier Services
PO Box 270
830 MODOT Dr.
Jefferson City MO 65102-0270

Missouri Dept of Agriculture Feed Licens
PO Box 630
Jefferson City MO 65102


Missouri Division of Employment Security
PO Box 59
Jefferson City MO 65104-0059


Missouri Employers Mutual Insurance
PO Box 1810
Columbia MO 65205


Missouri Feed Tonnage Report
PO Box 630
Jefferson City MO 65102


Mo Dept of Natural Resources
Air Pollution Control Program
1659 East Elm
Jefferson City MO 65101


MO-AG
410 Madison Street
PO Box 1728
Jefferson City MO 65102


Moore Family Eyecare, LLC
1902 West 19th Street
Suite A
Mountain Grove MO 65711-1450


Mountain Country Propane
125 W. 2nd Street
Mountain Grove MO 65711


Mountain Grove Building Supply
221 W. North Street
PO Box 653
Mountain Grove MO 65711


Mountain Grove Chamber of Commerce
PO Box 434
Mountain Grove MO 65711

Mountain Grove News Journal
PO Box 530
Mountain Grove MO 65711


Mountain Grove Pharmacy
106 N. Union
Mountain Grove MO 65711


National Fastener
PO Box 27391
Omaha NE 68127-0391


Nelco
PO Box 1157
Grand Rapids MI 49501-1157


Nestle's
Linda Koutsegianis Financial Acct Op. Su
3401 Mount Propect Road
Franklin Park IL 60131


Nestle's Jonesboro
Attn Brian Lutz
One Nestle Way
Jonesboro AR 72404


News-Journal
PO Box 530
Mountain Grove MO 65711


North Service & Supply
6601 Williams Road
Norwood MO 65717


Northern Safety & Industrial
PO Box 4250
Utica NY 13504-4250


Northland Capital Financial Services LLC
PO Box 7278
Saint Cloud MN 56302-7278


Northtown Ace/MG Feed Store
2302 E. 23rd
Mountain Grove MO 65711

Norwood AM & PM
714 E. Norwood Street
Norwood MO 65717


OReilly Auto Parts
3930 S. Campbell Ave
Springfield MO 65807


Orkin Pest Control
PO Box 5173
Springfield MO 65801-5173


Ozark Mountain Steel
715 N. Westgate Ave
Springfield MO 65802


Ozark Salvage
US Hwy 63 N.
Koshkonong MO 65692


Ozark Streams Seamless Gutter
1430 Peewee Crossing Road
Seymour MO 65746


Ozark Utility
3650 East Evergreen
Springfield MO 65803


Ozarko Tire Centers Inc.
PO Box 1087
West Plains MO 65775


Ozarks Medical Center
PO Box 1100
West Plains MO 65775


Ozarks Pigskin Basketball & Baseballs
9590 E. Clover Lane
Rogersville MO 65742


Pacific Ag Products LLC
400 Capitol Mall
Suite 2060
Sacramento CA 95814

Palmaris Imaging of Arizona PL
PO Box 298661
Phoenix AZ 85038-9661


Paper and Dust Pro
14209 Norby Road
Grandview MO 64030


PeopleNet
PO Box 203673
Dallas TX 75320-3673


Peterson Gravel & Ready Mix, Inc.
P.O. Box 209
8727 Outer Road
Mountain Grove MO 65711


Physical Thereapy Specialists
1200 N. Main Street
Mountain Grove MO 65711


Pinnacle Foods
PO Box 1427
Fort Madison IA 52627


Pinnacle Foods
100 W. Calumet
Centralia IL 62801


Pinnacle Foods Corporation
1100 W. 15th
Fayetteville AR 72701


Powerplan
PO Box 4450
Carol Stream IL 60197-4450


Premium Protein Products LLC
PO Box 578
Russellville AR 72811


Product Plus, Inc.
5225 N. 23rd
Ozark MO 65721

Productivity Plus
Account Dep 18--114298600
PO Box 688912
Des Moines IA 50368-8912


Protective Life Insurance Company
PO Box 2606
Birmingham AL 35202


Purcell Tire
1740 E. Commercial Street
Springfield MO 65803


Quincy Recycle
526 South 6th
Quincy IL 62301-1000


R&R Midwest Services LLC
PO Box 778
Harrisonville MO 64701


Ralcorp Frozen Bakery Products
4501 W. Fullerton
Chicago IL 60639


Recycle Solutions
1054 Kansas Street
Memphis TN 38106


Regions Bank
1900 5th Avenue
Birmingham AL 35203


Regions Lockbox Processing
Dept 1964
PO Box 2153
Birmingham AL 35287-1964


Rhonda Odell
Attn: Jerry Williams
110 E. Commercial Street
Mansfield MO 65704

Riceland Foods Inc
PO Box 927
Stuttgart AR 72160


Richelieu Foods, Inc.
1325 Chase Avenue
Elk Grove Village IL 60007


RMMC
4035 S. Fremont
Springfield MO 65804


Rockmount Research & Alloys, Inc.
d/b/a Rockmount/Nassau
PO Box 2807
Portland OR 97208


Rogersville Tank Repair
456 Semo Lane
Perryville MO 63775


Rose Metal Products Inc
1955 E. Division Street
Springfield MO 65803


Rottler Pest & Lawn Solutions
2690 Masterson Avenue
Saint Louis MO 63114-5120


S & H Farm Supply
7 State Rd A
Lockwood MO 65682


S M C
3131 E. Division Street
Springfield MO 65802


Schmidt, Kirby & Sullivan, P.C.
2838 S. Ingram Mill Road
Springfield MO 65804-4042


Schulz and Birch Bis. Co.
3759 Collection Center Dr.
Chicago IL 60693

Schwegman Office Supply
PO Box 616
West Plains MO 65775


Scott Equipment Company
605 4th Ave. NW
New Prague MN 56071


Se-Ma-No Electric Cooperative
PO Box 318
Mansfield MO 65704


Select Milling LLC
15251 585th Street
Claremont MN 55924


Semo Milling
261 River Road
Scott City MO 63780


Sensory Effects Cereal Systems
4343 NW 38th
Lincoln NE 68524


Shearer's Foods, LLC
39947 Treasury Center
Chicago IL 60694-9900


Shur-Green Farms, LLC
9159 State Route 118
Ansonia OH 45303


Simmons Pet Food Inc.
PO Box 71182
Chicago IL 60694-1182


SMC Electric
PO Box 628
Springfield MO 65801-0628


SMI Group BancorpSouth Ins. Services
PO Box 10547
Springfield MO 65808-0547

Southern Bank
531 Vine Street
PO Box 520
Poplar Bluff MO 63902-0520


Southern Bank
4850 South National
Suite C-4
Springfield MO 65810


Southside Fuel Center Plus Inc.
970 West Pershing Road
Chicago IL 60609


Springfield Freightliner Sales
3020 E. Division Street
Springfield MO 65802


Springfield Janitor Supply, Inc.
2255 N. Burton Ave.
Springfield MO 65803


Springfield Neurological
PO Box 9434
Springfield MO 65801


Springfield Special Products
2045 N. National Avenue
Springfield MO 65803


Springfield Trailer, Inc.
2929 E. Blaine
Springfield MO 65803


Stainless Steel Tanks
831 Hwy NN
Saint Mary MO 63673


State Income Tax
ELF Payment
PO Box 8149
Little Rock AR 72203-8149

State Motor & Control Solutions
PO Box 28589
1977 Congressional Drive
Saint Louis MO 63146


Stearns Bank
PO Box
Albany MN 56307-0750


Stephanie Harris Collector
PO Box 408
Walnut Ridge AR 72476


Stone River Pharmacy Solutions
PO Box 504591
Saint Louis MO 63150-4591


Strouse Roll-Offs, Inc.
6767 Travis Road
Greenwood IN 46143-8865


Superior Nut & Candy Co., Inc.
1140 Exchange Avenue
Chicago IL 60609


TCMH Cabool Medical Clinic
500 Main Street
Cabool MO 65689-0380


Televent DTN LLC
25385 Network Place
Chicago IL 60673-1263


Telvent DTN LLC
PO Box 630845
Cincinnati OH 45263-0845


Tennessee Department of Agriculture
Division of Regulatory Services/Ag Inpu
PO Box 40627
Nashville TN 37204-0627


Texas Co. Memorial Hospital
1333 S. Sam Houston Blvd
Houston MO 65483-2046

The Andersons
PO Box 119
Maumee OH 43537


The Bank of Missouri
Attention: Tammy Panter
800 Hwy 248
Suite C
Branson MO 65616


Thomas Conveyer Company
3600 McCart Avenue
Fort Worth TX 76110-4613


Thomason Brothers
PO Box 245
Mansfield MO 65704


Travelers CL Remittance Center
PO Box 660317
Dallas TX 75266-0317


TRI Sales Finance
PO Box 99435
Chicago IL 60693


Tri-County Rental & Repair
800 West Third
Mountain Grove MO 65711


Trux Trailer and Tractor Repair Inc.
900 N. West Bypass
Springfield MO 65802


Tyson Foods Inc.
Attn Ingredient Claims CP301
PO Box 2020
Springdale AR 72765-2020


Tyson Foods, Inc.
PO Box 915143
Dallas TX 75391-5143

Tyson Foods, Inc.
PO Box 2020
AR Mail Code AR076128
Springdale AR 72765-2020


U.C.S. Waste Equipment Company
P.O. 1737
Dayton OH 45401


U.S. Cellular Dept. 0203
Palatine IL 60055-0203


U.S. Durum Milling Inc.
PO Box 203391
Dallas TX 75320-3391


U.S. Foods
4343 N.W. 38th St.
Lincoln NE 68524-1907


Uncommon Ingredient Options, Inc.
8237 D. Road
Waterloo IL 62298


Unifirst Corporation
Attention Accounts Receiveable
2244 N. Bolivar Road
Springfield MO 65803


US Premium Finance
PO Box 924647
Norcross GA 30010


USA Radiology Mgmt Solutions
PO Box 790129
Dept 30755
Saint Louis MO 63179


Verizon Wireless
PO Box 25505
Lehigh Valley PA 18002-5505

W.W. Transport, Inc.
PO Box 790126
Saint Louis MO 63179-0126


WCA Waste Corporation
PO Box 553166
Detroit MI 48255-3166


Wells Fargo Equipment Finance NW-8178
PO Box 1450
Minneapolis MN 55485-8178


West Plains Occupational & Insurance Phy
1519 Imperial Office Park
West Plains MO 65775


West Plains Propane
508 Lincoln
West Plains MO 65775


West Wind & Associates, Inc.
Attn Mark Eccleston
9825 E. Hwy 252
Greenwood AR 72936


Whitbeck Labs
1000 Backus Ave.
Springdale AR 72764


Wilbur-Ellis Company (Feed)
PO Box 515429
Los Angeles CA 90051-6729


Wildblue
Attention Accounting
349 Inverness Drive South
Englewood CO 80112


Windmill Rice Company, LLC
6875 Hwy 1 South
Jonesboro AR 72404


Woody Bogler Trucking Company Inc
PO Box 229
Rosebud MO 63091

Yarbrough Cable Services LLC
PO Box 70184
Memphis TN 38107


Yarbrough Industries
514 N. Fremont Ave
Springfield MO 65802


YRC Freight
PO Box 7914
Overland Park KS 66207-0914

# United States Bankruptcy Court
## Western District of Missouri

In re   **Grisham Farm Products, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Grisham Farm Products, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 16, 2016**

Date

**/s/ Jonathan A. Margolies**

**Jonathan A. Margolies**

Signature of Attorney or Litigant

Counsel for   **Grisham Farm Products, Inc.**

**McDowell, Rice, Smith & Buchanan, PC**

**605 W. 47th Street, Suite 350**
**Kansas City, MO 64112**
**(816) 753-5400 Fax:(816) 753-9996**