# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **GRISHAM FARM PRODUCTS, INC.,** | ) Case No: 16-61149 |
| | ) Chapter 11 |
| **Debtor.** | ) |
| | ) |

## DEBTOR'S LOCAL RULE 2015-2B OPERATING STATEMENT

COMES NOW Debtor Grisham Farm Products., by and through undersigned counsel, and for its Local Rule 2015-2B Operating Statement for the initial 30 days following the filing of the Petition, states as follows:

1. Estimated gross revenue: $1,445,440.00

2. Estimated weekly payroll to employees: $270,116.00

3. Estimated operating expenses excluding employee payroll: $1,093,750.00

4. Expected gain/loss: $81,574.00

        Respectfully submitted,

        MCDOWELL RICE SMITH & BUCHANAN

        */s/ Jonathan A. Margolies*
        Jonathan A. Margolies    MO #30770
        605 W. 47th Street, Suite 350
        Kansas City, Missouri  64112
        Telephone:   (816) 753-5400
        Facsimile:   (816) 753-9996
        email: jmargolies@mcdowellrice.com
        ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served, via First Class Mail, postage prepaid, this 16th day of November, 2016, to:

Office of the United States Trustee
3440 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO   64106

                                              /s/ Jonathan A. Margolies
                                              Attorney for Debtor

5630451-1