**Fill in this information to identify the case:**

Debtor name    **Grisham Farm Products, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61149**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2016**     X **/s/ Lexie Grisham**
Signature of individual signing on behalf of debtor

**Lexie Grisham**
Printed name

**Director**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Grisham Farm Products, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61149**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Great Southern Bank** | | 1914 | $0.00 |
| 3.2. | **Great Southern Bank** | | 1744 | $500.00 |
| 3.3. | **HomePride Bank** | | 0537 | $0.00 |
| 3.4. | **Bank of Missouri** | | 4699 | $692.91 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,192.91 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | Case number *(If known)* **16-61149** |
|---|---|---|
| | Name | |

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **SeMaNo Electric**                                                                  **Unknown**

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.    Total of Part 2.**                                                                                           **$0.00**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.    Accounts receivable**

| 11a. 90 days old or less: | **11,850.00** | - | **0.00** | = .... | **$11,850.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **121,870.33** | - | **0.00** | = .... | **$121,870.33** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **4,787.44** | - | **0.00** | = .... | **$4,787.44** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **52,425.32** | - | **0.00** | = .... | **$52,425.32** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **31,504.90** | - | **0.00** | = .... | **$31,504.90** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **58,195.32** | - | **0.00** | = .... | **$58,195.32** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **108,227.88** | - | **0.00** | = .... | **$108,227.88** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **58,326.70** | - | **0.00** | = .... | **$58,326.70** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **500.00** | - | **0.00** | = .... | **$500.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | | | Case number *(If known)* **16-61149** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **4,280.74** | - | **0.00** =.... | **$4,280.74** |
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **10,914.83** | - | **0.00** =.... | **$10,914.83** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **2,572.00** | - | **0.00** =.... | **$2,572.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **25.55** | - | **0.00** =.... | **$25.55** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **19,600.00** | - | **0.00** =.... | **$19,600.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **11,000.00** | - | **0.00** =.... | **$11,000.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **86,379.40** | - | **0.00** =.... | **$86,379.40** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **1,000.00** | - | **0.00** =.... | **$1,000.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **750.00** | - | **0.00** =.... | **$750.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **77,523.94** | - | **0.00** =.... | **$77,523.94** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **99,866.40** | - | **0.00** =.... | **$99,866.40** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | | **$761,600.75** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **Grisham Farm Products, Inc.** | Case number *(If known)* **16-61149** |
|---|---|---|
| | Name | |

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **17 Office Desks** | **Unknown** | | **$0.00** |
| | **17 Office Chairs** | **Unknown** | | **$0.00** |
| | **5 Wooden Bookcases** | **Unknown** | | **$0.00** |
| | **2 - 5 drawer metal filing cabinets** | **Unknown** | | **$0.00** |
| | **2 - 4drawer metal filing cabinets** | **Unknown** | | **$0.00** |
| | **4- 4 Drawer Wooden filing cabinets.** | **Unknown** | | **$0.00** |
| | **8 break room tables** | **Unknown** | | **$0.00** |
| | **1 - 10 foot long wooden conference room table** | **Unknown** | | **$0.00** |
| | **1 - 7 ft long wooden lunch table** | **Unknown** | | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **16 Desktop computers** | **Unknown** | | **$0.00** |
| | **1 Laptop Computer** | **Unknown** | | **$0.00** |
| | **2 copy machines** | **Unknown** | **N/A** | **$8,500.00** |
| | **Toshiba Phone system with 18 digital** | **Unknown** | **N/A** | **$1,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | | Case number *(If known)* **16-61149** | |
|---|---|---|---|---|
| | Name | | | |

| **telephones** | | | | |
|---|---|---|---|---|
| **Surveillance Camera System** | **Unknown** | **N/A** | | **$1,000.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $11,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **See attached listing** | **$0.00** | **Tax records** | **$785,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|
| **Genie GS-2032 Lift** | **$0.00** | **Tax records** | **$7,600.00** |
| **Cat Model IT18F Loader** | **$0.00** | **Tax records** | **$13,000.00** |
| **70 Ft. Conveyor Links** | **$0.00** | **Tax records** | **$2,000.00** |
| **(3) New Holland L230 Loader/Skidsteers** | **$0.00** | **Tax records** | **$93,000.00** |
| **(3) Caterpillar 4600 LB Forklifts** | **$0.00** | **Tax records** | **$16,500.00** |
| **(2) Caterpillar 3500 Lb Forklifts** | **$0.00** | **Tax records** | **$10,800.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Grisham Farm Products, Inc.**
Name

Case number (If known) **16-61149**

| | | | |
|---|---|---|---|
| **(3) John Deere 244J Loaders** | $0.00 | Tax records | $112,500.00 |
| **(1,500)  42" X 42" X 36" Plastic Totes** | $0.00 | N/A | $500.00 |
| **(2) Wilram 4550 Articulating Loaders** | $0.00 | Tax records | $24,000.00 |
| **(2) Wilram 4550 Articulating Loaders** | $0.00 | Tax records | $20,000.00 |
| **Tools/ Tool Chest** | $0.00 | N/A | $200.00 |
| **Oil Collection and Heating System** | $0.00 | Tax records | $880.00 |
| **Miller Portable Welder with Attachments** | $0.00 | N/A | $500.00 |
| **Hy Flo Diesel Powered Steam Cleaner** | $0.00 | Tax records | $1,000.00 |
| **Mitsubishi 8000 lb. Lift** | $0.00 | Tax records | $4,500.00 |
| **Scotchman 6509 - 24M Ironwork** | $0.00 | Tax records | $3,330.00 |
| **SN 3.1417 Roller Brake** | $0.00 | Tax records | $500.00 |
| **DO All SN GN26088 Metal Working Machine** | $0.00 | Tax records | $2,025.00 |
| **Torches, Tanks & Welders** | $0.00 | Tax records | $255.00 |
| **Betenbender Metal Shear** | $0.00 | | $11,900.00 |
| **Electric Pipe Threader** | $0.00 | Tax records | $500.00 |
| **Niagra Model 100-10-112 SN 33498 Metal Brake** | $0.00 | Tax records | $15,390.00 |
| **K.O. Lee Precision Grinder** | $0.00 | | $1,335.00 |
| **Drill Bit Sharpener** | $0.00 | Tax records | $1,145.00 |
| **Rutland Model 949VS SN 4946 Milling Machine** | $0.00 | Tax records | $1,715.00 |
| **Standard Series 2000 13" Lathe** | $0.00 | | $1,110.00 |
| **Chevalier FM 3VS SN BM 858465 Milling Machine** | $0.00 | Tax records | $4,250.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | | Case number *(If known)* | **16-61149** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Jet 1440-3pGH SN 321398 Lathe Automatic/Switched Capacitor VM500-480** | $0.00 | Tax records | $2,500.00 |
| **Electrical Equipment for Mills** | $0.00 | Tax records | $1,648,500.00 |
| **(4) Kuhn Knight Model 5144 Vertical Mixers** | $0.00 | Tax records | $56,000.00 |
| **(2) Kuhn Knight Model 5055 Vertical Mixer** | $0.00 | Tax records | $16,000.00 |
| **(3) APS Seperators** | $0.00 | Tax records | $12,200.00 |
| **Haemag Model APS 1015W3 Impactor Mill** | $0.00 | Tax records | $94,250.00 |
| **Dust Collection System** | $0.00 | Tax records | $114,000.00 |
| **Dunnage PT4-2-4058-GDPRB-55 287 Tote Washing System** | $0.00 | Tax records | $107,640.00 |
| **Quincy Air Compressor with Air Tank** | $0.00 | Tax records | $2,875.00 |
| **(2) Roto Mix Model 354-812 Mixers** | $0.00 | Tax records | $8,000.00 |
| **(2) Gas Powered Steam Cleaner** | $0.00 | | $6,395.00 |
| **(3) MEV 510 Shaker Screens** | $0.00 | Tax records | $65,340.00 |
| **(3) Shaker Screens** | $0.00 | Tax records | $81,855.00 |
| **Oil Skimming Unit** | $0.00 | Tax records | $7,410.00 |
| **3000 Gallon Oil Skimming Tank** | $0.00 | Tax records | $685.00 |
| **Stainless Steel Drying Drum 10' X 50'** | $0.00 | Tax records | $3,000.00 |
| **Unimaster DCE Bag Opener** | $0.00 | | $2,000.00 |
| **New Holland F26B Silo Blower** | $0.00 | | $3,325.00 |
| **Sasfier Piping to Dryer** | $0.00 | Tax records | $15,080.00 |
| **Electrical Room to Dryer** | $0.00 | Tax records | $3,760.00 |
| **Custom Kiln Saw Dust Gasifier 10,000 BTU** | $0.00 | Tax records | $43,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Grisham Farm Products, Inc.** | | Case number *(If known)* **16-61149** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **(2) Plastic Balers** | $0.00 | Tax records | $10,000.00 |
| **(2) Bale Master Horizontal Cardboard Balers** | $0.00 | Tax records | $10,000.00 |
| **Vertical Cardboard Baler** | $0.00 | Tax records | $5,000.00 |
| **Belt Conveyor System** | $0.00 | Tax records | $4,000.00 |
| **160 Ft. Drag Chain Conveyor** | $0.00 | Tax records | $4,000.00 |
| **36 ft. Drag Chain Conveyor** | $0.00 | Tax records | $2,000.00 |
| **40 ft. Vibrating Conveyor** | $0.00 | Tax records | $2,000.00 |
| **Conveyors with Weight Magnetic Belt** | $0.00 | Tax records | $8,000.00 |
| **(2) Inside Load Out Systems** | $0.00 | Tax records | $20,000.00 |
| **(2) Outside Load out Systems** | $0.00 | Tax records | $8,000.00 |
| **150 Ft. Raw Product Conveyor** | $0.00 | Tax records | $4,000.00 |
| **120 ft. Rw Product Conveyor** | $0.00 | Tax records | $4,000.00 |
| **40 ft. Raw Product Conveyor** | $0.00 | | $2,000.00 |
| **260 Ft. Finish Feed Conveyor** | $0.00 | Tax records | $4,000.00 |
| **60 Ft. Finish Feed Conveyor** | $0.00 | | $2,000.00 |
| **60 Ft. Finish Feed Conveyor** | $0.00 | Tax records | $2,000.00 |
| **24 Ft. Finish Feed Conveyor** | $0.00 | Tax records | $2,000.00 |
| **100 Ft. Finish Feed Conveyor** | $0.00 | Tax records | $4,000.00 |
| **70 Ft. Elevator Leg** | $0.00 | Tax records | $4,000.00 |
| **200 Ton Elevator Leg** | $0.00 | Tax records | $8,000.00 |
| **12" 30' Screw Conveyor** | $0.00 | Tax records | $2,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Grisham Farm Products, Inc.**                          Case number *(If known)*  **16-61149**
Name

| | | | |
|---|---|---|---|
| **12" 35' Screw Conveyor** | **$0.00** | **Tax records** | **$2,000.00** |
| **48' Screw Conveyor** | **$0.00** | **Tax records** | **$2,000.00** |
| **24' Screw Conveyor** | **$0.00** | **Tax records** | **$2,000.00** |
| **20' Screw Conveyor** | **$0.00** | **Tax records** | **$2,000.00** |
| **Grove Crane - Small** | **$0.00** | **Tax records** | **$15,000.00** |
| **(2) Grove Cranes - Large** | **$0.00** | **Tax records** | **$40,000.00** |
| **New Holland Extend-A-Boom** | **$0.00** | **Tax records** | **$5,000.00** |
| **Genie Extend-A-Boom** | **$0.00** | **Tax records** | **$15,000.00** |
| **Lull Extend-A-Boom** | **$0.00** | **Tax records** | **$6,500.00** |
| **Automatic/Switched Capacitor VM500-480** | **$0.00** | **Tax records** | **$4,735.00** |
| **16 X 20 Electrical Building** | **$0.00** | **Tax records** | **$4,945.00** |
| **(4) Trailer Compactor Units** | **$0.00** | **Tax records** | **$20,000.00** |
| **Taylor Fork Lift 3600lbs.** | **$0.00** | **Tax records** | **$10,000.00** |
| **(10) Compactor Cans** | **$0.00** | **Tax records** | **$25,000.00** |
| **(3) 40 yd. Open Top** | **$0.00** | **Tax records** | **$7,500.00** |
| **(2) 30 Yd Open Top** | **$0.00** | **Tax records** | **$5,000.00** |
| **(2) 20 Yd Open Top** | **$0.00** | **Tax records** | **$5,000.00** |
| **(5) Tote Dumpers & Powerunits** | **$0.00** | **Tax records** | **$1,000.00** |
| **(2) Power Units for Compactors** | **$0.00** | **Tax records** | **$2,000.00** |
| **(3) Tote Dumper Units for Forklifts** | **$0.00** | **Tax records** | **$7,500.00** |
| **(2) 30000 Bushel Grain Bins** | **$0.00** | **Tax records** | **$20,000.00** |

| Debtor | **Grisham Farm Products, Inc.** | | Case number *(If known)* **16-61149** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **(1) 70Ft. Elevator Leg & Unloading System** | $0.00 | **Tax records** | $1,500.00 |
| **(1) Champion Hammr Mill & Augers** | $0.00 | **Tax records** | $500.00 |
| **Various new spare parts for Mill** | $0.00 | **Tax records** | $5,000.00 |
| **Various used spare parts for Mill** | $0.00 | **Tax records** | $5,000.00 |
| **30 ft Shaker Screen** | $0.00 | **Tax records** | $300.00 |
| **Depackaging Equipment** | $0.00 | **Tax records** | $5,000.00 |
| **(2) Scott Equipment Depackers** | $0.00 | **Tax records** | $300,000.00 |
| **(1) Product Saver** | $0.00 | **Tax records** | $1,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $4,060,730.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2.23 Acres and Warehouse Located in Norwood, Missouri** | **Fee simple** | $0.00 | | $300,000.00 |

| Debtor | **Grisham Farm Products, Inc.** | Case number *(If known)* **16-61149** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.2. | **3 plus acres and warehouse located at 1301 Industrial Bark Boulevard, Mountain Grove, Missouri 65711** | Fee simple | $0.00 | $500,000.00 |
| 55.3. | **886 acres located on Highway 5 South, Mansfield, MO 65704** | Fee Simple | $0.00 | $1,500,000.00 |
| 55.4. | **8 acres and Warehouse located in Hoxie, Arkansas** | Fee Simple | $0.00 | $800,000.00 |
| 55.5. | **159 Acres Located on Newkirk Road, Mountain Grove, MO 65711** | Fee Simple | $0.00 | $200,000.00 |

| 56. | **Total of Part 9.** | | **$3,300,000.00** |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **"Grisham's Pastry Feed" Trademark** | **Unknown** | | **$0.00** |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **1 Missouri Feed License** | **Unknown** | | **$0.00** |
| **1 Arkansas Feed License** | **Unknown** | | **$0.00** |
| **1 Oklahoma Feed License** | **$0.00** | | **$0.00** |

| Debtor | **Grisham Farm Products, Inc.** | Case number *(If known)* **16-61149** |
|---|---|---|
| | Name | |

| **Wright County Missouri Business License** | **Unknown** | **$0.00** |
|---|---|---|

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.   **Notes receivable**
Description (include name of obligor)

**Thomason Brothers, Inc.**

| **220,220.00** - | **0.00** = | **$220,220.00** |
|---|---|---|
| Total face amount | doubtful or uncollectible amount | |

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Federal and State for Tax Year 2015**

Tax year                                              **Unknown**

73.   **Interests in insurance policies or annuities**

**Rick Grisham Life Insurance**                                          **Unknown**

74.   **Causes of action against third parties (whether or not a lawsuit
has been filed)**

Debtor    **Grisham Farm Products, Inc.**
Name

Case number *(If known)*  **16-61149**

---

| Regions Insurance | | Unknown |
|---|---|---|
| Nature of claim | Overpaid premiums to Insurance Company | |
| Amount requested | $0.00 | |

---

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                          | **$220,220.00** |

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Grisham Farm Products, Inc.**                                    Case number *(If known)*  **16-61149**
<br>Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,192.91** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$761,600.75** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$11,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$4,060,730.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | **$3,300,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$220,220.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$5,054,743.66** + 91b. | **$3,300,000.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$8,354,743.66** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | Part 47.1 |
|---|---|
| 1 | |
| 2 | **Description and Location of Property** |
| 3 | 2000 Ford 3/4 Ton<br>VIN # 1FTNX21F7YED57027 |
| 4 | 2007 Lincoln Navigator          VIN#<br>5LMFU28597LJ08628 |
| 5 | 2003 Ford<br>VIN # 1FTNX21F03EB15429 |
| 6 | 2004 Rive<br>VIN # 5GGAA15174V000828 |
| 7 | 1993 Trav<br>VIN # 4DYGS2029P1011122 |
| 8 | 2009 F150 Truck |
| 9 | 1994 Utility Trailer<br>Vin # 1UYVS2481RC086802 |
| 10 | 1994 Utility Trailer<br>Vin # 1UYVS2487RC071740 |
| 11 | 1994 Utility Trailer<br>Vin # 1UYVS2487RC071740 |
| 12 | 1990 Trm End dump Trailer<br>VIN # V40994 |
| 13 | 1994 Utility Trailer<br>VIN # 1UYVS2488RC071715 |
| 14 | 1994 Utility Trailer<br>VIN # 1UYVS2480RC071711 |
| 15 | 1994 Utility Trailer<br>Vin # 1UYVS248XRCO71716 |
| 16 | 1994 Utility Trailer<br>VIN # 1UYVS2480RC071725 |

| | Part 47.1 |
|---|---|
| 17 | 1994 Utility Trailer VIN # 1UYVS248XRC071733 |
| 18 | 1994 Utility Trailer VIN # 1UYVS2485RC071736 |
| 19 | 1999 Vantage Trailer VIN # 4EPAA3927XATA2559 |
| 20 | 1994 Utility Trailer Vin # 1UYVS2487RC071415 |
| 21 | 1994 Utility Trailer Vin # 1UYVS248XRC071618 |
| 22 | 1994 Utility Trailer Vin # 1UYVS2481RC071619 |
| 23 | 1994 Utility Trailer Vin # 1UYVS248XRC071621 |
| 24 | 1994 Utility Trailer Vin # 1UYVS2481RC071636 |
| 25 | 1994 Utility Trailer Vin # 1UYVS2483RC071640 |
| 26 | 1994 Utility Trailer Vin # 1UYVS2485RC071638 |
| 27 | 1994 Utility Trailer Vin # 1UYVS2485RC071705 |

| | Part 47.1 |
|---|---|
| 28 | 1991 Travis End Dump Trailer Vin # 1T91A3529M1247461 |
| 29 | 1991 Travis End Dump Trailer Vin # 1T91B3429M1247443 |
| 30 | 1991 Travis End Dump Trailer Vin # 1T91B34290M1247444 |
| 31 | 1992 Travis End Dump Trailer Vin # 1T91B34290M1247444 |
| 32 | 1997 Vantage Trailer Vin # 4EPAA3926VAVA1387 |
| 33 | 2010 Ford Vin # 1FTFW1EV1AFD16203 |
| 34 | 1990 Wilkens Trailer Vin # 1W92M4521LB077289 |
| 35 | 1994 Tran Trailer Vin # 1TTF48205R1041973 |
| 36 | 1987 Wabash Trailer Vin # 1JJV482T8HL106570 |
| 37 | 1989 Bobko Trailer Vin # 1B9F14020KA128856 |
| 38 | 1994 Benlee Trailer Vin # 1B9B14329RA180961 |

| | Part 47.1 |
|---|---|
| 39 | 1992 Brentag Trailer Vin # 10BCU6211NF0A3127 |
| 40 | 1979 Brentage Trailer Vin # SS4522 |
| 41 | 1996 Brthr Trailer Vin # 1B9TT4824TM187412 |
| 42 | 1993 Broo Trailer Vin # 1T9BSAK25PB021006 |
| 43 | 1995 Dorsey Trailer Vin # 1DTV11Z21SA225013 |
| 44 | 1972 Fruehauf Vin # FWN816201 |
| 45 | 1974 Freuhauf Trailer Vin # FWS629901 |
| 46 | 1979 Freuhauf Trailer Vin # FWV455601 |
| 47 | 1979 Freuhauf Trailer Vin # FWZ328602 |
| 48 | 1987 Freuhauf Vin # 1H2V04820HE001030 |
| 49 | 1984 Freuhauf Vin # 1H2V04820EA004805 |
| 50 | 1986 Stoughton Trailer Vin # 1DW1A4825GS507774 |

| | Part 47.1 |
|---|---|
| 51 | 1987 Freuhauf Vin #1H2V04828HE023101 |
| 52 | 1989 Stoughton Trailer Vin # 1DW1A4825KS616955 |
| 53 | 1994 Stoughton Trailer Vin # 1DW1A4822RS901008 |
| 54 | 1986 Theurus Trailer Vin # ITA114827G3404675 |
| 55 | 1987 Theurus Trailer Vin # 1TA114823H2209633 |
| 56 | 1993 Tibr Trailer Vin # 19TBSAK23PB021988 |
| 57 | 1994 Trail Trailer Vin # 19TBSAK23PB021988 |
| 58 | 1997 Benlee Trailer Vin # 19TBSAK23PB021988 |
| 59 | 1988 Dorsey Vin # 1DTV41Z20JA184119 |
| 60 | 1998 Dorsey Vin # 1DTV14Z24WA266727 |

| | Part 47.1 |
|---|---|
| 61 | 1997 Dorsey Vin # 1DTV14Z25VA256061 |
| 62 | 1997 Dorsey Vin # 1DTV14Z27VA256028 |
| 63 | 1997 Dorsey Vin # 1DTV14Z27VA256031 |
| 64 | 1997 Dorsey Trailer Vin # 1DTV14Z29VA256032 |
| 65 | 1997 Dorsey Trailer Vin # 1DTV14Z20VA256033 |
| 66 | 1997 Dorsey Trailer Vin # 1DTV14Z2XVA256069 |
| 67 | 1997 Dorsey Trailer Vin # 1DTV14Z22VA256034 |
| 68 | 1997 Dorsey Trailer Vin # 1DTV14Z26VA256053 |
| 69 | 1997 Dorsey Trailer Vin # 1DTV14Z28VA256054 |
| 70 | 1997 Dorsey Trailer Vin # 1DTV14Z24VA256052 |
| 71 | 1997 Dorsey Trailer Vin # 1DTV14Z20VA256047 |

| | Part 47.1 |
|---|---|
| 72 | 1997 Dorsey Trailer Vin # 1DTV14Z22VA256048 |
| 73 | 1997 Dorsey Trailer Vin # 1DTV14Z22VA256051 |
| 74 | 1997 Dorsey Trailer Vin # 1DTV14Z24VA256049 |
| 75 | 1997 Dorsey Trailer Vin # 1DTV14Z20VA256050 |
| 76 | 1997 Dorsey Trailer Vin # 1DTV14Z28VA256037 |
| 77 | 1997 Dorsey Trailer Vin # 1DTV14Z26VA256036 |
| 78 | 1997 Dorsey Trailer Vin # 1DTV14Z2XVA256041 |
| 79 | 1997 Dorsey Trailer Vin # 1DTV14Z2XVA256038 |
| 80 | 1998 Dorsey Trailer Vin # 1DTV14Z21WA266720 |
| 81 | 1998 Dorsey Trailer Vin # 1DTV14Z25WA266719 |

| | Part 47.1 |
|---|---|
| 82 | 1998 Dorsey Trailer Vin # 1DTV14Z2XWA266716 |
| 83 | 1997 Dorsey Trailer Vin # 1DTV14Z24VA256021 |
| 84 | 1997 Dorsey Trailer Vin # 1DTV14Z23VA256057 |
| 85 | 1997 Dorsey Trailer Vin # 1DTV14Z25VA256058 |
| 86 | 1997 Dorsey Trailer Vin # 1DTV14Z28VA256023 |
| 87 | 1997 Dorsey Trailer Vin # 1DTV14Z27VA256062 |
| 88 | 1997 Dorsey Trailer Vin # 1DTV14Z27VA256059 |
| 89 | 1997 Dorsey Trailer Vin # 1DTV14Z24VA256066 |
| 90 | 1997 Dorsey Trailer Vin # 1DTV14Z20VA256064 |
| 91 | 1997 Dorsey Trailer Vin # 1DTV14Z23VA256026 |
| 92 | 1997 Dorsey Trailer Vin # 1DTV14Z24VA256035 |

| | Part 47.1 |
|---|---|
| 93 | 1997 Dorsey Trailer Vin # 1DTV14Z2XVA256024 |
| 94 | 1997 Dorsey Trailer Vin # 1DTV14Z25VA256027 |
| 95 | 1997 Dorsey Trailer Vin # 1DTV14Z21VA256056 |
| 96 | 1997 Dorsey Trailer Vin # 1DTV14Z2XVA256055 |
| 97 | 1997 Dorsey Trailer Vin # 1DTV14Z27VA256045 |
| 98 | 1997 Dorsey Trailer Vin # 1DTV14Z25VA256044 |
| 99 | 1997 Dorsey Trailer Vin # 1DTV14Z28VA256040 |
| 100 | 1997 Dorsey Trailer Vin # 1DTV14Z21VA256039 |
| 101 | 1986 Fruehauf Trailer Vin # 1H5V04829HM001343 |
| 102 | 1992 Fruehauf Trailer Vin # 1H4B04324NL026506 |

| | Part 47.1 |
|---|---|
| 103 | 1983 Fruehauf Vin #<br>1H2V04820DE023247 |
| 104 | 1983 Fruehauf Vin # 2V04823DC015512 |
| 105 | 1984 Fruehauf Trailer Vin #<br>1H2V04826EA004842 |
| 106 | 1984 Fruehauf Trailer Vin #<br>1H2V04827EA004834 |
| 107 | 1978 Fruehauf Trailer Vin # UNZ592020 |
| 108 | 1984 Fruehauf Trailer Vin #<br>1TTF48205R1041973 |
| 109 | 1984 Fruehauf Trailer Vin #<br>1H2V04528EH032265 |
| 110 | 1984 Fruehauf Trailer Vin #<br>1H2V04820EA004805 |
| 111 | 1994 Great Dane Trailer Vin #<br>1GRAA9622RV131713 |
| 112 | 1992 Great Dane Trailer Vin #<br>1GRAA0628NB030035 |

| | Part 47.1 |
|---|---|
| 113 | 1994 Great Dane Trlr   Vin # 1GRAA9620RB063606 |
| 114 | 1993 Great Dane Trailer Vin # 1GRAA9625PB165707 |
| 115 | 1975 Kari Trailer Vin # 5953 |
| 116 | 1970 Kairkoo Trailer Vin # 3375MODKK |
| 117 | 1989 Luftkin Trailer Vin # 1L01B4827K1083582 |
| 118 | 1986 Peabody Trailer Vin # 1P9133475G7005306 |
| 119 | 2000 Peerless Vin # 1PLE04526YPG29565 |
| 120 | 2004 Peterbilt Semi Vin # 1XP5DB9XX4D828477 |
| 121 | 1986 Rave Trailer Vin # 1R1F045Z16E860156 |
| 122 | 1980 Steco Trailer Vin # 2255801026 |
| 123 | 1988 Stoughton Trailer Vin # 1DW1A4828JS568625 |

| | Part 47.1 |
|---|---|
| 124 | 1980 Fruehauf Trailer Vin # UNT009434 |
| 125 | 1987 Stoughton Trailer Vin # 1DW1A4820VH5538299 |
| 126 | 1994 Utility Trailer Vin # 1UYVS2480RC071532 |
| 127 | 1994 Merrit Trailer Vin # 1MT2P4323RH007846 |
| 128 | 2005 Wilson Trailer Vin # 1Q1MCF1A05B240900 |
| 129 | 2005 Wilson Trailer Vin # 1W1MCF1A85B240899 |
| 130 | 2005 Wilson Trailer Vin # 1W1MCF1A65B240898 |
| 131 | 2002 Wilson Trailer Vin # 1W1MCF3A72A234624 |
| 132 | 1997 Tempte Trailer Vin # 1TDH4222VB092869 |
| 133 | 1998 Wilson Trailer Vin # 1W1MCF1A3WB227558 |
| 134 | 1995 Wilson Trailer Vin # 1W1MCF1A4SA221302 |

| | Part 47.1 |
|---|---|
| 135 | 1995 Merrit Trailer Vin # IMT2P4328SH009341 |
| 136 | 1994 Utility Trailer Vin # 1UYVS2485RC071610 |
| 137 | 1994 Utility Trailer Vin # 1UYVS2489RC071609 |
| 138 | 1992 Wilson Trailer Vin # 1W1MAF1DONA216523 |
| 139 | 1993 Tempte Trailer Vin # 1TDH45028PB083925 |
| 140 | 1982 Tempte Trailer Vin # 1TDH40021CB053004 |
| 141 | 1990 Wilson Trailer Vin # 1W1MCF1D2LA214425 |
| 142 | 1987 Tempte Trailer Vin # 1TDH42828HB064702 |
| 143 | 1993 Utility Trailer Vin # 1UYVS2487RC071527 |
| 144 | 1999 Vantage Trailer Vin# 4EPAA3928XATA2425 |
| 145 | 1989 Barb Trailer Vin # 1B9YFD1BXKB101576 |

| | Part 47.1 |
|---|---|
| 146 | 1996 Brth Trialer Vin # 1B9TT4826TM187413 |
| 147 | 1999 Peterbilt Semi Vin # 1XPCDR9X7XD487253 |
| 148 | 1990 Peterbilt Vin # 1XPAL20X7LN296032 |
| 149 | 1971 Kaikoo Vin # KK3301 |
| 150 | 2008 Ford Vin # 1FTSX21R58EC27342 |

**Fill in this information to identify the case:**

Debtor name **Grisham Farm Products, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) **16-61149**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| **2.1** | **CNH Capital America LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $18,545.63 | Unknown |
| | **PO Box 3600**<br>**Lancaster, PA 17604** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| **2.2** | **FCS Financial** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $150,000.00 | Unknown |
| | **Attn: Terri**<br>**1925 N. Osage Blvd.**<br>**Nevada, MO 64772** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor   **Grisham Farm Products, Inc.**
Name

Case number (if know)   **16-61149**

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Home Pride Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**110 E. Commercial**
**Mansfield, MO 65704**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **John Deere Financial** | Describe debtor's property that is subject to a lien | **$37,315.70** | **Unknown** |

Creditor's Name

**PO Box 4450**
**Carol Stream, IL**
**60197-4450**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **The Bank of Missouri** | Describe debtor's property that is subject to a lien | **$104,539.89** | **Unknown** |

Creditor's Name

**Attention:  Tammy Panter**
**800 Hwy 248**
**Suite C**
**Branson, MO 65616**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 3

| Debtor | **Grisham Farm Products, Inc.** | | Case number (if know) | **16-61149** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ Yes

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $310,401.22

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Grisham Farm Products, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61149**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** <br> **2-G Holding, LLC** <br> **7364 Newkirk Rd** <br> **Mountain Grove, MO 65711** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$122,100.00** |
| **3.2** | **Nonpriority creditor's name and mailing address** <br> **A Zerenga Sons** <br> **200 NW Victoria Drive** <br> **Lees Summit, MO 64086** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$120,548.58** |
| **3.3** | **Nonpriority creditor's name and mailing address** <br> **AA Wheel** <br> **1419 North Blecrest** <br> **Springfield, MO 65802** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.4** | **Nonpriority creditor's name and mailing address** <br> **Ace Hardware** <br> **2302 23rd Street** <br> **Mountain Grove, MO 65711** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Grisham Farm Products, Inc.** | Case number *(if known)* | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADM Alliance Nutrition, Inc.**
P.O. Box 66724
Saint Louis, MO 63166-6724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,291.40 |
|---|---|---|---|

**ADM Milling Co.**
PO Box 95202
Grapevine, TX 76099-9752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,093.18 |
|---|---|---|---|

**AFB International**
PO Box 101833
Atlanta, GA 30392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Agri Enterprise**
PO Box 358
12000 S. Hwy 63
Licking, MO 65542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,553.00 |
|---|---|---|---|

**Air Moving Equipment, Inc.**
1647 E. St. Louis
Springfield, MO 65802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,221.13 |
|---|---|---|---|

**Airgas USA, LLC**
PO Box 532609
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,701.15 |
|---|---|---|---|

**American Family Insurance**

**Madison, WI 53777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Grisham Farm Products, Inc. | Case number (if known) | 16-61149 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American General Life Companies**
P.O. Box 4077
Houston, TX 77210-4077

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $622.00 |
|---|---|---|---|

**American Heritage Life Insurance Company**
P.O. Box 650514
Dallas, TX 75265-0514

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,602.80 |
|---|---|---|---|

**Anthem BCBS Mo Group**
PO Box 105183
Atlanta, GA 30348-5183

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225,572.49 |
|---|---|---|---|

**Apex**
PO Box 565
Hamburg, NY 14075

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,213.98 |
|---|---|---|---|

**Arkansas State Plant Board**
**Division of Feed & Fertilizer**
PO Box 1069
Little Rock, AR 72203

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $463.07 |
|---|---|---|---|

**AT&T**
PO Box 5019
Carol Stream, IL 60197-5019

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,290.00 |
|---|---|---|---|

**Automart Radiator**
525 N. Weaver Ave
Springfield, MO 65802

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | | Case number (if known) | **16-61149** |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aventine Renewable Energy Inc**
**75 Remittance Drive, Dept. 1366**
**Chicago, IL 60675-1366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,809.94 |
|---|---|---|---|

**Azteca Milling LP**
**5601 Executive Dr**
**Suite #600**
**Irving, TX 75038-2508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,987.12 |
|---|---|---|---|

**Baier Service Company**

**14209 Norby Road**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $712.00 |
|---|---|---|---|

**Bama Companies Inc**
**Dept #1124**
**Tulsa, OK 74182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bancorp South Insurance Services**
**1650 E. Battlefield**
**Suite 200**
**Springfield, MO 65804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $974,343.97 |
|---|---|---|---|

**Barilla America Inc**
**PO Box 7247-7338**
**Philadelphia, PA 19170-7338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BBB of Southwest Missouri**
**2754 S. Campbell**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,128.20**

**Bearing Headquarters Company**
PO Box 6267
Broadview, IL 60155-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.33**

**BKD, LLP**
910 E. St. Louis Street
Suite 200
PO Box 1190
Springfield, MO 65801-1190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Blu Current**
FBO Tony L. Long
AC 808550  Attn IRA Dept
1770 W Sunset
Springfield, MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,182.64**

**Blue Line Rental**
2231 Papin St.
Saint Louis, MO 63103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Blue Tarp Financial, Inc.**
PO Box 105525
Atlanta, GA 30348-5525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,302.35**

**BMC Bolke Miller Company**
1585 Lakeside Drive
Waukegan, IL 60085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,404.03**

**BP Business Solutions**
PO Box 70995
Charlotte, NC 28272-0995

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,201.47**

**Campcorp**
9732 Pflumm Rd
Lenexa, KS 66215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,182.63**

**Caremoli USA**
23959 580th Ave
Ames, IA 50010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,696.73**

**Carriage House Cos**
**Attn Renee Hastings**
118 Iowa Ave
Streator, IL 61364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,331.06**

**Cawvey's Electric Motor Service, Inc.**
115 East 2nd Street
West Plains, MO 65775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$511.12**

**Century Link**
PO Box 4300
Carol Stream, IL 60197-4300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,976.72**

**Cereal Byproducts Company**
23901 Network Place
Chicago, IL 60673-1239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,455.83**

**Cereal Ingredients, Inc.**
4720 South 13th Street
Leavenworth, KS 66048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **Grisham Farm Products, Inc.** | Case number *(if known)* | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,477.69** |
|---|---|---|---|

**Charm, LLC**
**PO Box 99435**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,234.35** |
|---|---|---|---|

**Chase Card Services Cardmember Service**
**PO Box 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,443.20** |
|---|---|---|---|

**Cintas #569**
**PO Box 88005**
**Chicago, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cintas Corporation**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,861.09** |
|---|---|---|---|

**Cintas Fas Lockbox 636525**
**PO Box 636525**
**Cincinnati, OH 45263-6525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.28** |
|---|---|---|---|

**City of Hoxie**
**400 Southwest Hartigan**
**Hoxie, AR 72433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.12** |
|---|---|---|---|

**City of Mountain Grove**
**PO Box 351**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Norwood**
PO Box 37
Norwood, MO 65717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ColorXpress LLC**
200 S. Main Street
Mountain Grove, MO 65711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,279.84 |
|---|---|---|---|

**Complete Recycling**
2307 Fenton Parkway #107-191
San Diego, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,009.00 |
|---|---|---|---|

**Con Ag Marshall**
Attention Stacy Verts
200 N. Banquet Dr.
Marshall, MO 65340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,526.50 |
|---|---|---|---|

**Con Agra**
Attn Jennifer Craft
1810 S. St. Louis
Batesville, AR 72501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,353.21 |
|---|---|---|---|

**Con Agra Russellville**
Attn Debbie Stanley
12132 Collections Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,353.21 |
|---|---|---|---|

**Con Agra-Macon**
Attn: Michelle Cook
204 Vine Street
Macon, MO 63552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | Case number *(if known)* | **16-61149** |
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,353.21** |
| | **ConAgra Foods** | ☐ Contingent | |
| | **Attn. Michelle Cook** | ☐ Unliquidated | |
| | **204 Vine Street** | ☐ Disputed | |
| | **Macon, MO 63552** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,097.40** |
| | **ConAgra Foods Inc.** | ☐ Contingent | |
| | **Finance Manager** | ☐ Unliquidated | |
| | **801 Dye Mill Road** | ☐ Disputed | |
| | **Troy, OH 45373** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,526.50** |
| | **ConAgra Foods Inc.** | ☐ Contingent | |
| | **Attn: Kathleen Junk** | ☐ Unliquidated | |
| | **4300 W. 62nd Street** | ☐ Disputed | |
| | **Indianapolis, IN 46268** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ConAgra Foods Packaged Foods Co** | ☐ Contingent | |
| | **12132 Collections Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Converta Kiln, Inc.** | ☐ Contingent | |
| | **PO Box 341362** | ☐ Unliquidated | |
| | **Memphis, TN 38184-1362** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,663.61** |
| | **Corn Products International** | ☐ Contingent | |
| | **12985 Collections Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Country Home Elevators & Stair Lift** | ☐ Contingent | |
| | **1549 E. 559th Rd** | ☐ Unliquidated | |
| | **Brighton, MO 65617** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,392.21** |
|---|---|---|---|

**Cox Ag Services Inc.**
**PO Box 569**
**600 Poplar**
**Mc Crory, AR 72101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cox Implement Co. Inc.**
**PO Box 569**
**600 Poplar**
**Mc Crory, AR 72101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cox Implement Co., Inc.**
**Highway 63B**
**PO Box 96**
**Hoxie, AR 72433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cox Occupational Medicine**
**1423 N. Jefferson**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CoxHealth Occupational Medicine**
**3800 S. National**
**Suite 540**
**Springfield, MO 65807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.36** |
|---|---|---|---|

**Coyle Supply**
**3721 Hwy 162**
**Granite City, IL 62040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,054.80** |
|---|---|---|---|

**CR Feeds & Fibers**
**2615 11th Street SW**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,438.20** |
|---|---|---|---|

**Crown Forklifts**
**2315 E. Chestnut Expressway**
**Springfield, MO 65804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,438.20** |
|---|---|---|---|

**Crown Industrial LLC**
**PO Box 471**
**Willow Grove, PA 19090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
|---|---|---|---|

**Cullum & Brown of KC**
**PO Box 12438**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cummins Central Power**
**3637 E. Kearney**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
|---|---|---|---|

**Custom Laboratory, Inc.**
**PO Box 391**
**204 C. Street**
**Golden City, MO 64748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,803.80** |
|---|---|---|---|

**CyberAg Feed Co., Inc.**
**PO Box 12707**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$469.79** |
|---|---|---|---|

**D&D Stainless & Alloys**
**1002 Ravens Nest**
**Nixa, MO 65714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,756.55** |
|---|---|---|---|

**D.O.C. Lubrication Specialists**
**PO Box 641**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Splain**
**1945 S. Hwy 95**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,663.53** |
|---|---|---|---|

**David's Seed Company**
**Attn. Finance Manager**
**8064 Chivvis Drive**
**Saint Louis, MO 63123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Decker Auto Electric**
**105 West 16th Street**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deep South Deep South-Direct Bill**
**PO Box 28040**
**New York, NY 10087-8040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Department of Revenue**
**PO Box 329**
**Jefferson City, MO 65107-0329**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$477.11** |
|---|---|---|---|

**Dept of Finance & Administration**
**PO Box 9941**
**Little Rock, AR 72203-9941**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Grisham Farm Products, Inc. | Case number *(if known)* | **16-61149** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dept of Revenue**
PO Box 23181
Jackson, MS 39225-3191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dept of Workforce Services**
PO Box 8007
Little Rock, AR 72203-8007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Deskin Scale Company, Inc.**
PO Box 3272
Springfield, MO 65808-3272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.09**

**Detco**
PO Box 430
Conway, AR 72033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00**

**Division of Employment Security**
PO Box 88
Jefferson City, MO 65102-0888

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800,000.00**

**Donna & Rhonda, Partnership**
Attn: Jerry Williams
110 E. Commercial Street
Mansfield, MO 65704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Douglas Steel**
11267 Dunn Drive
Mountain Grove, MO 65711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Grisham Farm Products, Inc. | Case number (if known) | 16-61149 |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,499.00**

**Dun & Bradstreet Credibility Corp.**
**PO Box 742138**
**Los Angeles, CA 90074-2138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Dunnage Wash Systems, Inc.**
**34501 Bennett Drive**
**Fraser, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Eddie Meillier**
**7047 Stamm Hollow Road**
**Evansville, IL 62242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,480.00**

**EMA, Inc.**
**10627 Midwest Industrial Blvd.**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$518.10**

**Entergy**
**PO Box 8101**
**Baton Rouge, LA 70891-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173.92**

**Fabick Southwest Co.**
**2222 E. Kearney Street,**
**Springfield, MO 65803-4944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173.92**

**Fabick Southwest Co.**
**1321 County Rd. 5290**
**Willow Springs, MO 65793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fairview Mills, LP**
**PO Box 170**
**Seneca, KS 66538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Falcon Steel**
**2610 N. Eastgate Ave.**
**Springfield, MO 65803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Family Pharmacy**
**1600 North Main**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.00 |
|---|---|---|---|

**Family Walk-In Clinic of Mtn Grove Inc.**
**205 W. 3rd Street**
**Suite 3**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Farm Credit Leasing NW-9675**
**PO Box 1450**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.00 |
|---|---|---|---|

**Farmers Ag Center Mechanics & Machine Sh**
**10094 E. Bus. 60**
**PO Box 667**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fastenal**
**1651 Porter Wagoner Blvd**
**West Plains, MO 65775**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,900.00** |
|---|---|---|---|

**FEDEX**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Feedstuffs**
**1762 Momentum Place**
**Chicago, IL 60689-5317**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54.00** |
|---|---|---|---|

**Felker & Son**
**P.O. Box 70**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Fidelity Communications Co**
**PO Box 669**
**Sullivan, MO 63080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,143.19** |
|---|---|---|---|

**First Insurance Funding Corp**
**450 Skokie Blvd**
**Suite 1000**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$710.84** |
|---|---|---|---|

**FleetPride**
**PO Box 847118**
**Dallas, TX 75284-7118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Food Link, Incorporated**
**14809 Granada Rd**
**Overland Park, KS 66224-9724**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Grisham Farm Products, Inc. | Case number (if known) | 16-61149 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,445.62 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**FSI Farm Service, Inc.**
**PO Box 249**
**Hoxie, AR 72433**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**G&K Sales, Inc.**
**#1 East Allen**
**Wentzville, MO 63385**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**G.W. Van Keppel Co.**
**Lock Box 879515**
**Kansas City, MO 64187-9515**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,568.13 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Gammon Equipment Company, Inc.**
**2918 E. Blaine**
**Springfield, MO 65803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**GE Capital**
**PO Box 740425**
**Atlanta, GA 30374-0425**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,116.81 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**General Mills Avon Plant**
**6101 S.E. 52nd Street**
**Carlisle, IA 50047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,412.89 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**General Mills Operations**
**2917 Guinotte Ave.**
**Kansas City, MO 64120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Grisham Farm Products, Inc. | Case number (if known) | 16-61149 |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glen's/Tri-County Gas**
**125 W. Second Street**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,526.33 |
|---|---|---|---|

**Grainger Dept 839725728**
**PO Box 419267**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,413.08 |
|---|---|---|---|

**Great American Financial Services**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,683.32 |
|---|---|---|---|

**Great American Insurance Co**
**Specialty Accounting**
**PO Box 89400**
**Cleveland, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,207.34 |
|---|---|---|---|

**Grennan Communications Co.**
**3429 North U.S. Hwy 63**
**West Plains, MO 65775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,544.63 |
|---|---|---|---|

**Griffith Laboratories**
**Attn: Karl Dillman**
**One Griffith Center**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.22 |
|---|---|---|---|

**Grinnell Water Systems, Inc.**
**2413 E. Chestnut Expressway**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Grisham Farm Products, Inc. | | Case number (if known) | 16-61149 |
|---|---|---|---|---|
| | Name | | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

Guardian
PO Box 677458
Dallas, TX 75267-7428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,323.60**

Hammons Products Company
PO Box 872891
Kansas City, MO 64187-2891

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,918.69**

Hampshire Pet Product Inc.
Box 873492
Kansas City, MO 64187-3492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,016.61**

Harleysville Insurance Processing Center
PO Box 37712
Philadelphia, PA 19101-5012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Harry Cooper Supply
605 N. Sherman Parkway
Springfield, MO 65802-3656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,279.21**

Hazemag USA, Inc.
PO Box 1064
Uniontown, PA 15401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,548.00**

Horizon Packaging, Inc.
6248 Ringgold Road
Chattanooga, TN 37412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Grisham Farm Products, Inc. | | Case number (if known) | **16-61149** |
|---|---|---|---|---|
| | Name | | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hostetler Sales & Construction LLC**
**210 Kelly Road**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hoxie Auto Parts**
**406 S.E. Lindsey**
**PO Box 250**
**Hoxie, AR 72433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hoxie Lumber Co.**
**PO Box 362**
**Walnut Ridge, AR 72476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hoxie Water Works**
**PO Box 28**
**Hoxie, AR 72433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,457.00 |
|---|---|---|---|

**Hurch Blackwell**
**PO Box 790379**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,644.24 |
|---|---|---|---|

**Hy-Flo Equipment**
**210 N. Locust**
**PO Box 22**
**Pittsburg, KS 66762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HYG Financial Services**
**PO Box 643749**
**Pittsburgh, PA 15264-3749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,714.38**

**Industrial Repair Service**
**2650 Business Drive**
**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,146.60**

**Infinisource, Inc.**
**Attn Finance Dept**
**PO Box 889**
**Coldwater, MI 49036-0889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,455.52**

**Ingredion**
**Attn Kathy Boecker**
**6400 S. Archer Ave**
**Summit Argo, IL 60501-1933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,599.50**

**Ingredion**
**12981 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,760.76**

**Ingredion Inc.**
**Attn Steven Staub Plant Controller**
**1515 Drover St**
**Indianapolis, IN 46221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ingredion Incorporated**
**5 Westbrook Corporate Center**
**Westchester, IL 60154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,581.04**

**Ingredion, Inc**
**7680 Southrail Road**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100,000.00** |
|---|---|---|---|

**Internal Revenue Service**

**Cincinnati, OH 45999-0030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**International Ingredient Corp. #7740035**
**4035 Solutions Center**
**Chicago, IL 60677-4000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,592.33** |
|---|---|---|---|

**International Ingredient Corporation**
**Attn Kathy Langan**
**150 larkin Williams Industrial Court**
**Fenton, MO 63026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**IPFS Corporation**
**PO Box 730223**
**Dallas, TX 75373-0223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**J & I Automotive**
**1624 State Hwy A**
**PO Box 27**
**Marshfield, MO 65706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**J & P Flash, Inc.**
**PO Box 2168**
**West Memphis, AR 72303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**J.D. Dickinson Compressor Co.**
**2557 W. Olive**
**Springfield, MO 65802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | | Case number (if known) | **16-61149** |
|---|---|---|---|---|
| | Name | | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,812.85 |
|---|---|---|---|

**Jelly Belly Candy Company**
File No. 21471
PO Box 60000
San Francisco, CA 94160-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Fabick Tractor Co**
PO Box 952121
Saint Louis, MO 63195-2121

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kansas Payment Center**
PO Box 758599
Topeka, KS 66675

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,013.76 |
|---|---|---|---|

**Keystone Foods**
Attn John Fulford
57 Melvin Clark Rd
Eufaula, AL 36027

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kraft Foods Global Inc.**
22600 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.99 |
|---|---|---|---|

**L E Cox Medical Centers**
1423 N Jefferson
Springfield, MO 65802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laclede Electric Cooperative**
PO Box M
Lebanon, MO 65536-1194

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larson Farm & Lawn**
**PO Box 590**
**Rogersville, MO 65742**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,856.99 |
|---|---|---|---|

**Lathrop & Gage LLP**
**2345 Grand Boulevard**
**Kansas City, MO 64108-2618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawson Products**
**PO Box 809401**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,550.00 |
|---|---|---|---|

**Lee's Lumber**
**PO Box 91**
**Seymour, MO 65746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,652.17 |
|---|---|---|---|

**Lewis-Goetz and Company**
**PO Box 644819**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,290.00 |
|---|---|---|---|

**Liberty Technical Solutions LLC**
**4852 Prairie Brnach Road**
**Mansfield, MO 65704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,100.26 |
|---|---|---|---|

**LifeLine Foods, LLC**
**2811 S. 11th St.**
**Saint Joseph, MO 64503-3461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number *(if known)* | **16-61149** |
| --- | --- | --- | --- |
| | Name | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,866.84** |
| --- | --- | --- | --- |

**LRA LLC**
**7364 Newkirk Rd**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**MainLine Fire Protection**
**PO Box 3534**
**Springfield, MO 65808**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Medallion Foods**
**3636 Medallion Ave**
**Newport, AR 72112**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Meiller Farms**
**7047 Stamm Hollow Rd**
**Evansville, IL 62242**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Mercy Clinic**
**120 West 16th Street**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**MHC-Kenworth**
**915 Shelton St.**
**Cabool, MO 65689**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,892.50 |
|---|---|---|---|

**Michelin North America Inc**
PO Box 100860
Atlanta, GA 30384-0860

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $863.33 |
|---|---|---|---|

**Mid-South Steel Products, Inc.**
2071 Corporate Circle Drive
PO Box 277
Cape Girardeau, MO 63702-0277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,946.71 |
|---|---|---|---|

**Midwest Environmental Consultants**
2009 East McCarty Street
Jefferson City, MO 65101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,923.33 |
|---|---|---|---|

**Midwestern Industries Inc.**
PO Box 810
Massillon, OH 44648-0810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.00 |
|---|---|---|---|

**Mike's Truck & Tire Service LLC**
Hwy 13 & 54 Junction
PO Box 16
Collins, MO 64738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miller Electric & Plumbing Supplies**
613 West 3rd Street
Mountain Grove, MO 65711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Missouri Department of Natural Resources**
Administrative Support/Accounting
PO Box 477
Jefferson City, MO 65102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | Case number (*if known*) | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Missouri Department of Public Safety**
**Elevator Safety Unit**
**205 Jefferson Street, Suite 1315**
**PO Box 844**
**Jefferson City, MO 65102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Missouri Department of Revenue**
**PO Box 371**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Missouri Department of Revenue**
**PO Box 999**
**Jefferson City, MO 65108-0999**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,470.93 |
|---|---|---|---|

**Missouri Department of Transportation**
**Motor Carrier Services**
**PO Box 270**
**830 MODOT Dr.**
**Jefferson City, MO 65102-0270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Missouri Dept of Agriculture Feed Licens**
**PO Box 630**
**Jefferson City, MO 65102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**Missouri Division of Employment Security**
**PO Box 59**
**Jefferson City, MO 65104-0059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82,318.70 |
|---|---|---|---|

**Missouri Employers Mutual Insurance**
**PO Box 1810**
**Columbia, MO 65205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

**3.187**

**Nonpriority creditor's name and mailing address**

**Missouri Feed Tonnage Report**
**PO Box 630**
**Jefferson City, MO 65102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.188**

**Nonpriority creditor's name and mailing address**

**Mo Dept of Natural Resources**
**Air Pollution Control Program**
**1659 East Elm**
**Jefferson City, MO 65101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.189**

**Nonpriority creditor's name and mailing address**

**MO-AG**
**410 Madison Street**
**PO Box 1728**
**Jefferson City, MO 65102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190**

**Nonpriority creditor's name and mailing address**

**Moore Family Eyecare, LLC**
**1902 West 19th Street**
**Suite A**
**Mountain Grove, MO 65711-1450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.191**

**Nonpriority creditor's name and mailing address**

**Mountain Country Propane**
**125 W. 2nd Street**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192**

**Nonpriority creditor's name and mailing address**

**Mountain Grove Building Supply**
**221 W. North Street**
**PO Box 653**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.193**

**Nonpriority creditor's name and mailing address**

**Mountain Grove Chamber of Commerce**
**PO Box 434**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$320.00

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

**3.194** Nonpriority creditor's name and mailing address

**Mountain Grove News Journal**
**PO Box 530**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$49.31**

---

**3.195** Nonpriority creditor's name and mailing address

**Mountain Grove Pharmacy**
**106 N. Union**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196** Nonpriority creditor's name and mailing address

**National Fastener**
**PO Box 27391**
**Omaha, NE 68127-0391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,769.08**

---

**3.197** Nonpriority creditor's name and mailing address

**Nelco**
**PO Box 1157**
**Grand Rapids, MI 49501-1157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198** Nonpriority creditor's name and mailing address

**Nestle's**
**Linda Koutsegianis Financial Acct Op. Su**
**3401 Mount Propect Road**
**Franklin Park, IL 60131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$412,819.69**

---

**3.199** Nonpriority creditor's name and mailing address

**Nestle's Jonesboro**
**Attn Brian Lutz**
**One Nestle Way**
**Jonesboro, AR 72404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200** Nonpriority creditor's name and mailing address

**News-Journal**
**PO Box 530**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Grisham Farm Products, Inc. | | Case number (if known) | 16-61149 |
|---|---|---|---|---|
| | Name | | | |

---

**3.201** Nonpriority creditor's name and mailing address

**North Service & Supply**
**6601 Williams Road**
**Norwood, MO 65717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$162.50**

---

**3.202** Nonpriority creditor's name and mailing address

**Northern Safety & Industrial**
**PO Box 4250**
**Utica, NY 13504-4250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,907.51**

---

**3.203** Nonpriority creditor's name and mailing address

**Northland Capital Financial Services LLC**
**PO Box 7278**
**Saint Cloud, MN 56302-7278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.204** Nonpriority creditor's name and mailing address

**Northtown Ace/MG Feed Store**
**2302 E. 23rd**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.205** Nonpriority creditor's name and mailing address

**Norwood AM & PM**
**714 E. Norwood Street**
**Norwood, MO 65717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$282.76**

---

**3.206** Nonpriority creditor's name and mailing address

**OReilly Auto Parts**
**3930 S. Campbell Ave**
**Springfield, MO 65807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.65**

---

**3.207** Nonpriority creditor's name and mailing address

**Orkin Pest Control**
**PO Box 5173**
**Springfield, MO 65801-5173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43.18**

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ozark Mountain Steel**
**715 N. Westgate Ave**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ozark Salvage**
**US Hwy 63 N.**
**Koshkonong, MO 65692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ozark Streams Seamless Gutter**
**1430 Peewee Crossing Road**
**Seymour, MO 65746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ozark Utility**
**3650 East Evergreen**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $934.25 |
|---|---|---|---|

**Ozarko Tire Centers Inc.**
**PO Box 1087**
**West Plains, MO 65775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.94 |
|---|---|---|---|

**Ozarks Medical Center**
**PO Box 1100**
**West Plains, MO 65775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Ozarks Pigskin Basketball & Baseballs**
**9590 E. Clover Lane**
**Rogersville, MO 65742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Grisham Farm Products, Inc. | Case number (if known) | 16-61149 |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247,947.14 |
|---|---|---|---|

**Pacific Ag Products LLC**
**400 Capitol Mall**
**Suite 2060**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palmaris Imaging of Arizona PL**
**PO Box 298661**
**Phoenix, AZ 85038-9661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paper and Dust Pro**
**14209 Norby Road**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,154.16 |
|---|---|---|---|

**PeopleNet**
**PO Box 203673**
**Dallas, TX 75320-3673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,364.13 |
|---|---|---|---|

**Peterson Gravel & Ready Mix, Inc.**
**P.O. Box 209**
**8727 Outer Road**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Physical Thereapy Specialists**
**1200 N. Main Street**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,132.10 |
|---|---|---|---|

**Pinnacle Foods**
**PO Box 1427**
**Fort Madison, IA 52627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,041.56** |
|---|---|---|---|

**Pinnacle Foods**
**100 W. Calumet**
**Centralia, IL 62801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pinnacle Foods Corporation**
**1100 W. 15th**
**Fayetteville, AR 72701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,821.84** |
|---|---|---|---|

**Powerplan**
**PO Box 4450**
**Carol Stream, IL 60197-4450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,320.90** |
|---|---|---|---|

**Premium Protein Products LLC**
**PO Box 578**
**Russellville, AR 72811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Product Plus, Inc.**
**5225 N. 23rd**
**Ozark, MO 65721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,992.49** |
|---|---|---|---|

**Productivity Plus**
**Account Dep 18--114298600**
**PO Box 688912**
**Des Moines, IA 50368-8912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,021.00** |
|---|---|---|---|

**Protective Life Insurance Company**
**PO Box 2606**
**Birmingham, AL 35202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | | Case number (if known) | **16-61149** |
|---|---|---|---|---|

Name

---

**3.229**  **Nonpriority creditor's name and mailing address**

**Purcell Tire**
**1740 E. Commercial Street**
**Springfield, MO 65803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,992.30**

---

**3.230**  **Nonpriority creditor's name and mailing address**

**Quincy Recycle**
**526 South 6th**
**Quincy, IL 62301-1000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$43,716.24**

---

**3.231**  **Nonpriority creditor's name and mailing address**

**R&R Midwest Services LLC**
**PO Box 778**
**Harrisonville, MO 64701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,407.63**

---

**3.232**  **Nonpriority creditor's name and mailing address**

**Ralcorp Frozen Bakery Products**
**4501 W. Fullerton**
**Chicago, IL 60639**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,244.83**

---

**3.233**  **Nonpriority creditor's name and mailing address**

**Recycle Solutions**
**1054 Kansas Street**
**Memphis, TN 38106**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$22,797.03**

---

**3.234**  **Nonpriority creditor's name and mailing address**

**Regions Bank**
**1900 5th Avenue**
**Birmingham, AL 35203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.235**  **Nonpriority creditor's name and mailing address**

**Regions Lockbox Processing**
**Dept 1964**
**PO Box 2153**
**Birmingham, AL 35287-1964**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Grisham Farm Products, Inc. | | Case number (if known) | 16-61149 |
|---|---|---|---|---|
| | Name | | | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rhonda Odell**
**Attn: Jerry Williams**
**110 E. Commercial Street**
**Mansfield, MO 65704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,662.44 |
|---|---|---|---|

**Riceland Foods Inc**
**PO Box 927**
**Stuttgart, AR 72160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richelieu Foods, Inc.**
**1325 Chase Avenue**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RMMC**
**4035 S. Fremont**
**Springfield, MO 65804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rockmount Research & Alloys, Inc.**
**d/b/a Rockmount/Nassau**
**PO Box 2807**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,277.00 |
|---|---|---|---|

**Rogersville Tank Repair**
**456 Semo Lane**
**Perryville, MO 63775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rose Metal Products Inc**
**1955 E. Division Street**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Grisham Farm Products, Inc.** | Case number *(if known)* | **16-61149** |
|---|---|---|---|
| | Name | | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.00** |
|---|---|---|---|

**Rottler Pest & Lawn Solutions**
**2690 Masterson Avenue**
**Saint Louis, MO 63114-5120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.24** |
|---|---|---|---|

**S & H Farm Supply**
**7 State Rd A**
**Lockwood, MO 65682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**S M C**
**3131 E. Division Street**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Schmidt, Kirby & Sullivan, P.C.**
**2838 S. Ingram Mill Road**
**Springfield, MO 65804-4042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$747,247.24** |
|---|---|---|---|

**Schulz and Birch Bis. Co.**
**3759 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,326.65** |
|---|---|---|---|

**Schwegman Office Supply**
**PO Box 616**
**West Plains, MO 65775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,103.94** |
|---|---|---|---|

**Scott Equipment Company**
**605 4th Ave. NW**
**New Prague, MN 56071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number *(if known)* | **16-61149** |
|---|---|---|---|
| | Name | | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Se-Ma-No Electric Cooperative**
**PO Box 318**
**Mansfield, MO 65704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,592.40 |
|---|---|---|---|

**Select Milling LLC**
**15251 585th Street**
**Claremont, MN 55924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,711.27 |
|---|---|---|---|

**Semo Milling**
**261 River Road**
**Scott City, MO 63780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,404.55 |
|---|---|---|---|

**Sensory Effects Cereal Systems**
**4343 NW 38th**
**Lincoln, NE 68524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,151.31 |
|---|---|---|---|

**Shearer's Foods, LLC**
**39947 Treasury Center**
**Chicago, IL 60694-9900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,100.00 |
|---|---|---|---|

**Shur-Green Farms, LLC**
**9159 State Route 118**
**Ansonia, OH 45303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,040.45 |
|---|---|---|---|

**Simmons Pet Food Inc.**
**PO Box 71182**
**Chicago, IL 60694-1182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,655.81**

**SMC Electric**
**PO Box 628**
**Springfield, MO 65801-0628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**SMI Group BancorpSouth Ins. Services**
**PO Box 10547**
**Springfield, MO 65808-0547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,406.16**

**Southern Bank**
**531 Vine Street**
**PO Box 520**
**Poplar Bluff, MO 63902-0520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000,000.00**

**Southern Bank**
**4850 South National**
**Suite C-4**
**Springfield, MO 65810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.00**

**Southside Fuel Center Plus Inc.**
**970 West Pershing Road**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$818.37**

**Springfield Freightliner Sales**
**3020 E. Division Street**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,955.16**

**Springfield Janitor Supply, Inc.**
**2255 N. Burton Ave.**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farm Products, Inc.** | Case number *(if known)* | **16-61149** |
|---|---|---|---|
| | Name | | |

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**

**Springfield Neurological**
**PO Box 9434**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,297.60**

**Springfield Special Products**
**2045 N. National Avenue**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.02**

**Springfield Trailer, Inc.**
**2929 E. Blaine**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stainless Steel Tanks**
**831 Hwy NN**
**Saint Mary, MO 63673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**State Income Tax**
**ELF Payment**
**PO Box 8149**
**Little Rock, AR 72203-8149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,634.85**

**State Motor & Control Solutions**
**PO Box 28589**
**1977 Congressional Drive**
**Saint Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,473.50**

**Stearns Bank**
**PO Box**
**Albany, MN 56307-0750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Grisham Farm Products, Inc.**                                    Case number (if known)    **16-61149**
Name

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,218.90** |
|---|---|---|---|
| | **Stephanie Harris Collector**<br>**PO Box 408**<br>**Walnut Ridge, AR 72476** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Stone River Pharmacy Solutions**<br>**PO Box 504591**<br>**Saint Louis, MO 63150-4591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,368.24** |
|---|---|---|---|
| | **Strouse Roll-Offs, Inc.**<br>**6767 Travis Road**<br>**Greenwood, IN 46143-8865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,631.20** |
|---|---|---|---|
| | **Superior Nut & Candy Co., Inc.**<br>**1140 Exchange Avenue**<br>**Chicago, IL 60609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **TCMH Cabool Medical Clinic**<br>**500 Main Street**<br>**Cabool, MO 65689-0380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Televent DTN LLC**<br>**25385 Network Place**<br>**Chicago, IL 60673-1263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Telvent DTN LLC**<br>**PO Box 630845**<br>**Cincinnati, OH 45263-0845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Grisham Farm Products, Inc. | Case number (if known) | 16-61149 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tennessee Department of Agriculture**
**Division of Regulatory Services/Ag Inpu**
**PO Box 40627**
**Nashville, TN 37204-0627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,805.10 |

**Texas Co. Memorial Hospital**
**1333 S. Sam Houston Blvd**
**Houston, MO 65483-2046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**The Andersons**
**PO Box 119**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,732.12 |

**Thomas Conveyer Company**
**3600 McCart Avenue**
**Fort Worth, TX 76110-4613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,123.83 |

**Thomason Brothers**
**PO Box 245**
**Mansfield, MO 65704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,437.00 |

**Travelers CL Remittance Center**
**PO Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,163.50 |

**TRI Sales Finance**
**PO Box 99435**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Grisham Farm Products, Inc. | Case number (if known) | 16-61149 |
|---|---|---|---|
| | Name | | |

---

**3.285**  Nonpriority creditor's name and mailing address

**Tri-County Rental & Repair**
**800 West Third**
**Mountain Grove, MO 65711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.286**  Nonpriority creditor's name and mailing address

**Trux Trailer and Tractor Repair Inc.**
**900 N. West Bypass**
**Springfield, MO 65802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$70.52

---

**3.287**  Nonpriority creditor's name and mailing address

**Tyson Foods Inc.**
**Attn Ingredient Claims CP301**
**PO Box 2020**
**Springdale, AR 72765-2020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.288**  Nonpriority creditor's name and mailing address

**Tyson Foods, Inc.**
**PO Box 915143**
**Dallas, TX 75391-5143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.289**  Nonpriority creditor's name and mailing address

**Tyson Foods, Inc.**
**PO Box 2020**
**AR Mail Code AR076128**
**Springdale, AR 72765-2020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.290**  Nonpriority creditor's name and mailing address

**U.C.S. Waste Equipment Company**
**P.O. 1737**
**Dayton, OH 45401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,088.26

---

**3.291**  Nonpriority creditor's name and mailing address

**U.S. Cellular Dept. 0203**

**Palatine, IL 60055-0203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,877.50**

**U.S. Durum Milling Inc.**
PO Box 203391
Dallas, TX 75320-3391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,288.48**

**U.S. Foods**
4343 N.W. 38th St.
Lincoln, NE 68524-1907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,684.61**

**Uncommon Ingredient Options, Inc.**
8237 D. Road
Waterloo, IL 62298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,329.20**

**Unifirst Corporation**
Attention Accounts Receiveable
2244 N. Bolivar Road
Springfield, MO 65803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**US Premium Finance**
PO Box 924647
Norcross, GA 30010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00**

**USA Radiology Mgmt Solutions**
PO Box 790129
Dept 30755
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | | Case number (if known) | **16-61149** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,334.00 |
|---|---|---|---|

**W.W. Transport, Inc.**
PO Box 790126
Saint Louis, MO 63179-0126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,440.85 |
|---|---|---|---|

**WCA Waste Corporation**
PO Box 553166
Detroit, MI 48255-3166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wells Fargo Equipment Finance NW-8178**
PO Box 1450
Minneapolis, MN 55485-8178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $826.00 |
|---|---|---|---|

**West Plains Occupational & Insurance Phy**
1519 Imperial Office Park
West Plains, MO 65775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**West Plains Propane**
508 Lincoln
West Plains, MO 65775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,746.00 |
|---|---|---|---|

**West Wind & Associates, Inc.**
Attn Mark Eccleston
9825 E. Hwy 252
Greenwood, AR 72936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.00 |
|---|---|---|---|

**Whitbeck Labs**
1000 Backus Ave.
Springdale, AR 72764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|---|---|---|---|
| | Name | | |

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,913.02** |
|---|---|---|---|

**Wilbur-Ellis Company (Feed)**
**PO Box 515429**
**Los Angeles, CA 90051-6729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wildblue**
**Attention Accounting**
**349 Inverness Drive South**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,714.80** |
|---|---|---|---|

**Windmill Rice Company, LLC**
**6875 Hwy 1 South**
**Jonesboro, AR 72404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,120.42** |
|---|---|---|---|

**Woody Bogler Trucking Company Inc**
**PO Box 229**
**Rosebud, MO 63091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Yarbrough Cable Services LLC**
**PO Box 70184**
**Memphis, TN 38107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,162.77** |
|---|---|---|---|

**Yarbrough Industries**
**514 N. Fremont Ave**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$964.80** |
|---|---|---|---|

**YRC Freight**
**PO Box 7914**
**Overland Park, KS 66207-0914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Grisham Farm Products, Inc.** | Case number (if known) | **16-61149** |
|--------|----------------------------------|-------------------------|---------------|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **8,821,101.25** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **8,821,101.25** |

**Fill in this information to identify the case:**

Debtor name    **Grisham Farm Products, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61149**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lessee:  Grisham Farm Products, Inc.  Real Estate Agreement Effectve January 2, 2013** |
| State the term remaining | **12 months, 15 days** |
| List the contract number of any government contract | **2-G Holdings, LLC 7364 NewKirk Raod Mountain Grove, MO 65711** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** |
| State the term remaining | **Month to Month basis** |
| List the contract number of any government contract | **AFB International 3 Research Park Drive Saint Charles, MO 63304** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** |
| State the term remaining | **Month to Month basis** |
| List the contract number of any government contract | **Barilla 3311 E. Lincoln Way Ames, IA 50010** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** |
| State the term remaining | **3 months with optional rollover** |
| List the contract number of any government contract | **Con-Agra 4300 West 62nd Street Indianapolis, IN 46268** |

Debtor 1  **Grisham Farm Products, Inc.**                                    Case number *(if known)*  **16-61149**
         First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
| | State the term remaining | **25 months** | **ERV**<br>**2355 Northside Drive**<br>**Suite 190**<br>**San Diego, CA 92108** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
| | State the term remaining | **yearly rollover** | **Frenchs**<br>**PO Box 401**<br>**Broadway, NJ 08808** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
| | State the term remaining | **Month-to-Month** | **General Mills**<br>**2917 Guinotte Avenue**<br>**Kansas City, MO 64120** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
| | State the term remaining | **Month-to-Month basis** | **General Mills - Avon**<br>**6101 S.E. 52nd Street**<br>**Carlisle, IA 50047** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
| | State the term remaining | **18 months** | **Hershey's**<br>**1401 W. Main Street**<br>**Robinson, IL 62454** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
| | State the term remaining | **Yearly rollover** | **Ingredion**<br>**1515 Drover Street**<br>**Indianapolis, IN 46221** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Grisham Farm Products, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-61149**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   | government contract |   |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** |   |
|---|---|---|---|
|   | State the term remaining | **Yearly rollover** | **Lifeline** |
|   | List the contract number of any government contract |   | **2811 South 11th Street** **Saint Joseph, MO 64503** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** |   |
|---|---|---|---|
|   | State the term remaining | **Yearly rollover** | **Nestles** |
|   | List the contract number of any government contract |   | **3401 Mount Prospect** **Franklin Park, IL 60131** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** |   |
|---|---|---|---|
|   | State the term remaining | **Month to Month basis** | **Pinnacle Foods Centralia** |
|   | List the contract number of any government contract |   | **100 W. Calumet** **Centralia, IL 62801** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** |   |
|---|---|---|---|
|   | State the term remaining | **16 months** | **Proven Partners Group** |
|   | List the contract number of any government contract |   | **111 Bowes Road** **Elgin, IL 60123** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** |   |
|---|---|---|---|
|   | State the term remaining | **Yearly rollowver** | **Schultz & Burch** |
|   | List the contract number of any government contract |   | **3759 Collection Center** **Chicago, IL 60693** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | **Simmons Pet Food** **601 N. Hico Street** **Siloam Springs, AR 72761** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Grisham Farm Products, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-61149**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Yearly Rollover** | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
|---|---|---|---|
| | State the term remaining | **Yearly rollover** | **Unilever** |
| | List the contract number of any government contract _____ | | **13000 E. 35th Street** **New Century, KS 66031** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
|---|---|---|---|
| | State the term remaining | **Yearly Rollover** | **US Foods** |
| | List the contract number of any government contract _____ | | **4343 N.W. 38th Street** **Lincoln, NE 68524** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Food Product** | |
|---|---|---|---|
| | State the term remaining | **Yearly rollover** | **Zerenga** |
| | List the contract number of any government contract _____ | | **200 NW Victoria Drive** **Lees Summit, MO 64086** |

**Fill in this information to identify the case:**

Debtor name        **Grisham Farm Products, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61149**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Annabelle Grisham** | **7335 Newkirk Road Mountain Grove, MO 65711** | **Home Pride Bank** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Annabelle Grisham** | **7335 Newkirk Road Mountain Grove, MO 65711** | **Southern Bank** | ☐ D _____ <br> ■ E/F  **3.260** <br> ☐ G _____ |
| 2.3 | **Annabelle Grisham** | **7335 Newkirk Road Mountain Grove, MO 65711** | **The Bank of Missouri** | ■ D  **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Lexie Grisham** | **7335 Newkirk Road Mountain Grove, MO 65711** | **Home Pride Bank** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Lexie Grisham** | **7335 Newkirk Road Mountain Grove, MO 65711** | **Southern Bank** | ☐ D _____ <br> ■ E/F  **3.260** <br> ☐ G _____ |

| Debtor | **Grisham Farm Products, Inc.** | | Case number *(if known)* | **16-61149** |
| --- | --- | --- | --- | --- |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.6 | **Lexie Grisham** | 7335 Newkirk Road<br>Mountain Grove, MO 65711 | **The Bank of Missouri** | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Rick Grisham** | 7334 Newkirk Road<br>Mountain Grove, MO 65711 | **Home Pride Bank** | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Rick Grisham** | 7334 Newkirk Road<br>Mountain Grove, MO 65711 | **Southern Bank** | ☐ D  ____<br>■ E/F  __3.260__<br>☐ G ____ |
| 2.9 | **Rick Grisham** | 7334 Newkirk Road<br>Mountain Grove, MO 65711 | **The Bank of Missouri** | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy