UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| GRISHAM FARM PRODUCTS, INC. ) | |
| ) | Case No.   16-61149-BTF |
| ) | |
| ) | |
| Debtor ) | |

## **NOTICE**

On May 18, 2018, the Trustee, Norman Rouse, filed a Motion to Sell. Any response to the motion must be filed within 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

COLLINS, WEBSTER AND ROUSE, P.C.

/s/ Norman Rouse
NORMAN ROUSE, Mo. Bar # 27439
5957 East 20th
Joplin, MO 64801
(417) 782-2222
twelch@cwrcave.com

I certify that a copy of the foregoing
was served upon the parties herein by
either electronic mail or by U. S. Mail,
postage prepaid, to:

All parties on the limited mailing matrix

this May 18, 2018

/S/ Norman Rouse